Overtime Pay Agreement
March 7, 2006
Page 4

---

**PLEASE SIGN HERE:**

I have read this Agreement and agree to its terms. I agree to be a plaintiff in a case under the Federal Fair Labor Standards Act.

_____     ___03/07/06___
Client Signature                                                Date


**PLEASE ALSO NEATLY PRINT ALL INFORMATION REQUESTED BELOW:**

_Roshan Kumara Malalgodapitiya_         _____
Printed Name                                                    Social Security Number


_____
E-mail Address (for confidential case communications only)



Sincerely,

_Philip B. Zipin_
Philip B. Zipin, Esquire
**THE ZIPIN LAW FIRM, LLC**
8403 Colesville Road
Suite 610
Silver Spring, MD 20910
Phone (301) 587-9373
Fax (301) 587-9397

**EXHIBIT 1**

I have read this page and agree to its terms:          Initials: _____