IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSHAN KUMARA** : | |
| **MALALGODAPITIYA,** *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Case No.: 1:06 CV 00430 (RJL) |
| : | |
| **JAAM, Ltd. t/a** : | |
| **PARKLANE CLEANERS,** *et al.* : | |
| : | |
| **Defendants.** : | |

### DEFENDANTS' MOTION TO DISMISS
### COUNT III OF THE COMPLAINT
### ("VIOLATION OF MARYLAND WAGE PAYMENT AND COLLECTION LAW")

Defendants JAAM, Ltd., t/a Parklane Cleaners, and Faramarz Mamdouhi, by and through their counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move this Honorable Court for entry of an order dismissing with prejudice the Plaintiff's claim arising out of the Defendants' alleged violation of the Maryland Wage Payment and Collection Law.  As grounds for its motion, the Defendants state that the they were not the "employer" of the Plaintiff as that term has been defined in Md. Code Ann., Lab.& Empl. §3-501(b) (2002).   Accordingly, the Plaintiff can prove no set of facts that would entitle it to relief.

WHEREFORE the reasons set forth in the accompanying Memorandum of Points and Authorities, Defendants JAAM, Ltd., t/a Parklane Cleaners, and Faramarz Mamdouhi respectfully request entry of an order dismissing with prejudice Count III of the Complaint ("Violation of Maryland Wage Payment and Collection Law") in the instant matter.

2

Respectfully submitted,

GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED


   /s/ Gerard J. Emig
Gerard J. Emig, #973609
Matthew J. Focht, #480906
11 North Washington Street, Suite 400
Rockville, MD 20850
(301) 294-2110

Attorneys for Defendants


## REQUEST FOR ORAL ARGUMENT

Defendants hereby request oral argument on all issues raised herein.


   /s/ Gerard J. Emig
        Gerard J. Emig

Case 1:06-cv-00430-RJL     Document 4     Filed 04/06/2006     Page 2 of 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT THIS 6th day of April, 2006, a copy of the foregoing Defendant's Motion to Dismiss Count III of the Complaint ("Violation of Maryland Wage Payment and Collection Law") was served electronically and via first-class mail, postage prepaid on:

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

    /s/ Gerard J. Emig
        Gerard J. Emig