## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSHAN KUMARA** : | |
| **MALALGODAPITIYA,** *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Case No.: 1:06 CV 00430 (RJL) |
| : | |
| **JAAM, Ltd. t/a** : | |
| **PARKLANE CLEANERS,** *et al.* : | |
| : | |
| **Defendants.** : | |

### ORDER

**UPON CONSIDERATION** of the foregoing Defendants' Motion to Dismiss Count III of the Complaint ("Violation of Maryland Wage Payment and Collection Law"), any opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

**ORDERED,** that the Defendants' Motion to Dismiss Count III of the Complaint is hereby **GRANTED;** and

It is **FURTHER ORDERED** that the Plaintiff's claim in the instant matter arising out of an alleged violation of the Maryland Wage Payment and Collection Law is hereby dismissed with prejudice.

_____
Hon. Richard J. Leon
Judge,
United States District Court for the District of Columbia

2

Cc: Gerard J. Emig, Esq.
Matthew J. Focht, Esq.
GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850


Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

2