**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA  :  *On Behalf of Himself and*  *All Others Similarly Situated*  :  Plaintiff,  :  v.  :  JAAM, LTD.  :  t/a PARKLANE CLEANERS, *et al*.  :  Defendants.  : | Case No.: RJL-CV-06-430 |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss Count III of the Complaint, Plaintiff's Opposition thereto, and any hearing thereon, it is this _____ day of _____, 2006, by the U.S. District Court for the District of Columbia,

**ORDERED**, that Defendants' Motion to Dismiss Count III of the Complaint is hereby DENIED.

_____
JUDGE, United States District Court
for the District of Columbia

Copies to:

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

Gerard J. Emig, Esq.
Gleason, Flynn, Emig & Fogleman, Chartered
11 North Washington Street, Suite 400
Rockville, MD 20850