**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : |
| *On Behalf of Himself and* | : |
| *All Others Similarly Situated* | : |
| Plaintiff, | : |
| v. | : Case No.: RJL-CV-06-430 |
| JAAM, LTD. | : |
| t/a PARKLANE CLEANERS, *et al*. | : |
| Defendants. | : |

**JOINT MEET AND CONFER STATEMENT**

The parties, by and through undersigned counsel, pursuant to this Court's Order dated March 10, 2006, LCvR 16.3 of the Local Rules, and Fed. R. Civ. P. 26(f) hereby submit their joint report of the Meet and Confer conference held on May 2, 2006. The meeting was personally attended by Philip B. Zipin, counsel for Plaintiff, and Gerard Emig, counsel for Defendants.

16.3(c)(1): Defendants have filed a Motion to Dismiss Count III of the Complaint. The Parties agree that discovery should proceed notwithstanding the Motion to Dismiss, as that motion addresses only one cause of action. Plaintiff intends to file a Motion for Summary Judgment at the appropriate time, and believes that the issue of liability under the Fair Labor Standards Act is likely to be decided by the Court as a matter of law.

16.3(c)(2): Plaintiff intends to file a motion pursuant to Section 216(b) of the FLSA seeking conditional class certification for an opt-in class. If this motion is granted, Plaintiff believes that the date by which any other parties shall be joined or the pleadings amended is sixty (60) days after the date that the Court-sponsored notice is sent out pursuant to Section 216(b) of the FLSA. If the motion is denied, the parties believe that the date by which any other

parties shall be joined should be thirty (30) days after the date that the motion is denied. At this time, none of the factual or legal issues can be agreed upon or narrowed.

16.3(c)(3): The Parties disagree whether the case should be assigned to a magistrate judge for all purposes, including trial. Plaintiff would agree to have the case heard by a magistrate judge; Defendant would not.

16.3(c)(4): The Parties agree that there is no realistic possibility of settling the case at this time.

16.3(c)(5): The Parties agree that the case could benefit from ADR after any opt-in plaintiffs have joined, discovery is complete, and the Court has ruled on any motion for summary judgment.

16.3(c)(6): The Parties disagree as to whether and to what extent the case is likely to be resolved by summary judgment or motion to dismiss (see response to 16.3(c)(1) above). The Parties agree on the following filing schedule: Dispositive motions due 30 days after the close of discovery, including any extension of discovery necessitated by opt-in plaintiffs joining the case after the motion referenced in 16.3(c)(2). Opposition to dispositive motions and/or cross-motions due 30 days after date for filing dispositive motions. Reply to opposition to dispositive motion and/or opposition to cross-motions due 15 days after date for filing opposition. Cross-reply due 15 days after date for filing reply. Proposed date for decision on these motions is 30 days after all briefs are filed.

16.3(c)(7): The Parties stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

16.3(c)(8): The Parties agree that 120 days will be need for discovery, subject to the time being extended in the event that opt-in plaintiffs join the lawsuit. The Parties agree that the limits on discovery set forth in the Federal Rules of Civil Procedure and Local Rules will apply.

The Parties anticipate that there will be 5-7 depositions of fact witnesses.

16.3(c)(9): The parties do not anticipate the need for expert witnesses at this time.

16.3(c)(10): N/A.

16.3(c)(11): N/A.

16.3(c)(12): The parties respectfully suggest that the Pretrial Conference be held within thirty (30) days of the date of a decision of any dispositive motions.

16.3(c)(13):  The parties believe that a trial date should be set at the pretrial conference.

16.3(c)(14):  None at this time.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No. 367362
David A. Lucas, Bar No. 481890
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email:   pzipin@zipinlaw.com
         dlucas@zipinlaw.com

*Counsel for Plaintiff*

_____/s/_____
Gerard J. Emig, Bar No. 973609
Matthew J. Focht, Bar No. 480906
Gleason, Flynn, Emig & Fogelman, Chtd.
11 North Washington Street, Suite 400
Rockville, Maryland 20850
Phone: 301-294-2110
Email:   gemig@gleason-law.com
         mfocht@gleason-law.com

*Counsel for Defendants*