IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA :
:
*On Behalf of Himself and* :
*All Others Similarly Situated* :
:
    Plaintiff, :
:
    v. : Case No.: RJL-CV-06-430
:
JAAM, LTD. :
t/a PARKLANE CLEANERS, *et al*. :
:
    Defendants. :

## AFFIDAVIT OF ROSHAN KUMARA MALALGODAPITIYA

1. I am over the age of eighteen (18) and competent to testify in this matter.

2. I was employed by Defendants at one of their dry cleaning facilities in the District of Columbia from approximately May 2002 through September 22, 2005. Defendants operate dry cleaning facilities in the District of Columbia and Maryland.

3. Throughout my period of employment with Defendants, I was required to provide dry cleaning services. For example, I operated the cash register, did laundry, worked the dry cleaning machines, pressed clothes, and assisted customers. In addition, I opened Defendants' dry cleaning facility every morning, set up the various machines in the facility, ensured that the cash registers were in proper operating order, started up the boiler every morning, kept track in a log book of the working time (*i.e.*, the time the employee arrived, took a lunch break, and left work) for approximately fifteen (15) to twenty (20) of the facility's other employees, and closed the cash registers at the end of each day. I would also collect all

the money from the cash registers and secure it in a money bag until it was collected.

4. Throughout my period of employment with Defendants, I regularly worked over forty (40) hours each workweek but did not receive any overtime compensation for hours worked over forty (40), which time was not paid properly or at all. In fact, I regularly worked from 6:30 a.m. through 7:30 p.m., Monday through Friday, and regularly worked from 7:30 a.m. through 6:30 p.m. on Saturday. Occasionally, I worked approximately eight (8) hours on Sunday cleaning the machines in the dry cleaning facility. On average, I worked approximately seventy (70) hours per week; however, Defendants advised me that I did not need to record my working time in the log book. In addition, I never received a paycheck from Defendants. Instead, Defendants paid me $500.00 in cash every two (2) weeks. Defendants never indicated what, if any, deductions were being made from my gross pay.

5. Throughout my period of employment with Defendants, numerous other employees at Defendants' dry cleaning facility worked in excess of forty (40) hours in a workweek for Defendants, and were not compensated at a rate of one and one-half (1½) times their regular rate for overtime hours. I have personal knowledge of these circumstances because I was responsible for keeping track of the employees' working time in the log book and because many of the employees would complain to me that their pay did not match the number of hours that they worked and that they were not being paid overtime.

6. Virtually all full-time employees who worked at Defendants' dry cleaning facility during my period of employment worked in excess of forty (40) hours per week without being paid at a rate of one and one-half (1½) times their regular rate for overtime hours. Indeed, the failure to pay overtime by Defendants was a regular practice engaged in by

Defendants. Some of the employees who worked with me at Defendants' dry cleaning facility who were not paid overtime compensation include: Marina E. Quintanilla; Aneke Mangindan; Blanca Barriento; Lucia Monrax; Sonia Monrax; Yanira Gonsalves; Sandra Duarte; Maria Masariegos; Francisca Jones; Carla Marabilla; Oscar Pleistes; Brenda Aragon; Gloria Ortega; "Holleen;" "Jim;" "Vicki;" "Sonja;" "Rosa;" and "Ian." All these employees provided dry cleaning services for Defendants, including but not limited to, operating cash registers, doing laundry, working the dry cleaning machines, pressing clothes, and assisting customers. In addition, I know that there are other employees who also were not paid overtime.

7. I am personally aware of conversations between employees working for Defendants regarding Defendants' failure to pay proper overtime wages.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

06/08/06
Date

_____
Roshan Kumara Malagodapitiya