**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : | |
| *On Behalf of Himself and* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: RJL-CV-06-430 |
| | : | |
| JAAM, LTD. t/a PARKLANE CLEANERS, *et al*. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Facilitate Identification and

Notification of Similarly Situated Employees, and any Opposition thereto, it is this _____ day of

_____, 2006, by the U.S. District Court for the District of Maryland:

**ORDERED**, that Plaintiff's Motion to Facilitate Identification and Notification of

Similarly Situated Employees is hereby GRANTED; and it is further

**ORDERED**, that Defendants shall, within fifteen (15) days of the entry of this Order,

provide Plaintiff's counsel with a list of the full name, last known residential address, residential

phone number, work address, work phone number, date of birth, social security number, and e-

mail address of each and every employee, former or current, who was employed, and paid an

hourly wage, by Defendants at any of its dry cleaning facilities in the District of Columbia and

Maryland at any time since May 2003; and it is further,

**ORDERED**, that the proposed "Important Notice" submitted by Plaintiff along with his

Motion shall be signed by the Court and is hereby approved for future use by Plaintiff in

notifying the class of potential plaintiffs.

_____
JUDGE, United States District Court
for the District of Columbia