IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA, *et al.* | : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | Case No.: 1:06 CV 00430 (RJL) |
| JAAM, Ltd. t/a PARKLANE CLEANERS, *et al.* | : : : | |
| **Defendants.** | : | |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO FACILITATE IDENTIFICATION AND NOTIFICATION OF SIMILARLY SITUATED EMPLOYEES

Defendants JAAM, Ltd., t/a Parklane Cleaners, and Faramarz Mamdouhi, by and through their counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and pursuant to 29 U.S.C. §216(b) and L. Cv. R. 7(b), hereby respectfully submit their opposition to the Plaintiffs' Motion to Facilitate Identification and Notification of Similarly Situated Employees. In support of its opposition, the Defendants state that Plaintiff Roshan Kumara Malalgodapitiya has failed to meet his burden of demonstrating that other employees were "similarly situated" to him, as defined under 29 U.S.C. §216(b).

WHEREFORE the reasons set forth in the accompanying Memorandum of Points and Authorities, Defendants JAAM, Ltd., t/a Parklane Cleaners, and Faramarz Mamdouhi respectfully request that the Plaintiffs' Motion to Facilitate Identification and Notification of Similarly Situated Employees be denied.

Respectfully submitted,

GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED


   /s/ Gerard J. Emig
Gerard J. Emig, #973609
Matthew J. Focht, #480906
11 North Washington Street, Suite 400
Rockville, MD 20850
(301) 294-2110

Attorneys for Defendants


## REQUEST FOR ORAL ARGUMENT

Defendants hereby request oral argument on all issues raised herein.


   /s/ Gerard J. Emig
            Gerard J. Emig

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS 19th day of June, 2006, a copy of the foregoing Defendants' Opposition to Plaintiffs' Motion to Facilitate Identification and Notification of Similarly Situated Employees was served electronically and via first-class mail, postage prepaid on:

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

    /s/ Gerard J. Emig
        Gerard J. Emig