**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROSHAN KUMARA MALALGODAPITIYA :
:
*On Behalf of Himself and* :
*All Others Similarly Situated* :
:
    Plaintiff, :
:
        v. :    Case No.: RJL-CV-06-430
:
JAAM, LTD. :
t/a PARKLANE CLEANERS, *et al*. :
:
    Defendants. :

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO REPLY TO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FACILITATE
IDENTIFICATION AND NOTIFICATION OF SIMILARLY SITUATED EMPLOYEES**

       Plaintiff Roshan Kumara Malalgodapitiya, by and through undersigned counsel, hereby

files this Motion for Enlargement of Time to Reply to Defendant's Opposition to Plaintiff's

Motion to Facilitate Identification and Notification of Similarly Situated Employees.  Plaintiff

seeks an enlargement of time to June 30, 2006 to finalize and file his Reply.  Defense Counsel,

Gerard J. Emig, Esquire, has graciously consented to the relief requested herein.

       WHEREFORE, Plaintiff respectfully requests that the Court grant him an enlargement of

time, until June 30, 2006, to file a Reply to Defendant's Opposition to Plaintiff's Motion to

Facilitate Identification and Notification of Similarly Situated Employees.

2

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No. 367362
David A. Lucas, Bar No. 481890
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email:    pzipin@zipinlaw.com
          dlucas@zipinlaw.com

***Counsel for Plaintiff***

2