IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA       :
                                    :
*On Behalf of Himself and*          :
*All Others Similarly Situated*     :
                                    :
    Plaintiff,              :
                                    :
        v.        :   Case No.: RJL-CV-06-430
                                    :
JAAM, LTD.                          :
t/a PARKLANE CLEANERS, *et al*.     :
                                    :
    Defendants.             :

## ORDER

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to Reply to Defendants' Opposition to Plaintiff's Motion to Facilitate Identification and Notification of Similarly Situated Employees, it is this _____ day of _____, 2006, by the U.S. District Court for the District of Columbia,

**ORDERED**, that Plaintiff's Consent Motion for Enlargement of Time to Reply to Defendants' Opposition to Plaintiff's Motion to Facilitate Identification and Notification of Similarly Situated Employees is hereby GRANTED; and it is further

**ORDERED**, that Plaintiff shall file his Reply to Defendants' Opposition to Plaintiff's Motion to Facilitate Identification and Notification of Similarly Situated Employees on or before June 30, 2006.

_____
The Honorable Judge Richard J. Leon,
U.S. District Court for the District of Columbia