IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA :
:
*On Behalf of Himself and* :
*All Others Similarly Situated* :
:
    Plaintiff, :
:
    v. : Case No.: RJL-CV-06-430
:
JAAM, LTD. :
t/a PARKLANE CLEANERS, *et al*. :
:
    Defendants. :

## AFFIDAVIT OF UTUH RAHARDJA PUTRA

1.    I am over the age of eighteen (18) and competent to testify in this matter.

2.    I was employed by Defendants at Dry Clean Warehouse, one of their dry cleaning facilities in Gaithersburg, Maryland, from approximately 2000 through 2004. In 2004, I started working at Parklane Cleaners, one of Defendants' dry cleaning facilities in the District of Columbia. I worked at Parklane Cleaners until about April 2005. During my employment at Parklane Cleaners, I worked closely with Roshan Kumara Malalgodapitiya.

3.    Throughout my period of employment with Defendants, both in Maryland and the District of Columbia, I was required to provide dry cleaning services. For example, I operated the cash register, did laundry, worked the dry cleaning machines, pressed clothes, assembled orders, and assisted customers.

4.    Throughout my period of employment with Defendants, both in Maryland and the District of Columbia, I regularly worked over forty (40) hours each workweek but did not receive any overtime compensation for hours worked over forty (40) in a workweek. In fact,

EXHIBIT 1

while employed at Parklane Cleaners, I regularly worked from approximately 7:00 a.m. through 7:00 p.m., Monday through Thursday, from 1:00 p.m. to 7:00 p.m. on Friday, and from 8:00 a.m. through 6:00 p.m. on Saturday. On average, I worked approximately sixty-four hours (64) hours per week. During my employment at Parklane Cleaners, I was paid $1,000.00 for every two weeks of work, which approximately one hundred twenty-eight (128) hours; $500.00 worth of my salary was paid by check, and the other $500.00 was paid by cash.

    5.    Throughout my period of employment with Defendants, virtually all full-time employees who worked at Defendants' dry cleaning facilities in Gaithersburg, Maryland and the District of Columbia worked in excess of forty (40) hours per week without being paid at a rate of one and one-half (1½) times their regular rate for overtime hours. In fact, I know that the employees at Defendants' second District of Columbia dry cleaning facility and at Defendants' Rockville, Maryland dry cleaning facility are also not paid overtime for hours worked in excess of forty (40) per week. I have personal knowledge of these circumstances because many of the employees would complain to me that their pay did not match the number of hours that they worked and that they were not being paid overtime. In fact, sometime during the period when I worked for Defendants at the Dry Clean Warehouse in Gaithersburg, Maryland, I asked Defendant Faramarz Mamdouhi why I and other employees were not paid overtime for hours worked over forty. In response, Defendant Faramarz Mamdouhi said, "We don't pay overtime here." The failure to pay overtime was a regular practice engaged in by Defendants.

6. Some of the employees who worked with me at Parklane Cleaners who were not paid overtime compensation include: Roshan Kumara Malalgodapitiya; Aneke Mangindaan; Blanca Barrientos; Lucia Monrax; Sonia Monrax; Yanira Gonsalves; Sandra Duarte; Maria Masariegos; Francisca Jones; Carla Marabilla; Oscar Pleistes; Brenda Aragon; Gloria Ortega; "Arleen;" "Jean;" "Vicki;" "Sonja;" "Rosa;" and "Ian." All these employees provided dry cleaning services for Defendants, including but not limited to, operating cash registers, doing laundry, working the dry cleaning machines, pressing clothes, and assisting customers. In addition, I know that there are other employees who also were not paid overtime, but I cannot remember their names at this time.

7. I intend to either join in this lawsuit if permitted or bring my own lawsuit against Defendants under the Fair Labor Standards Act.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

06/30/06 .
Date

Utuh Rahardja Putra