# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Employment Services
### Labor Standards Bureau

**Office of Wage-Hour**



April 11, 2006

**(202) 671-1880-Voice**
**(202) 673-6411-Fax**



Germantown, MD 20874

Dear

A recent wage-hour investigation disclosed that while employed by <u>Park Lane Cleaners</u> you were not paid in accordance with the District of Columbia Minimum Wage Act.

You are entitled to an additional <u>$6,500</u> (gross) in unpaid wages. A check for <u>$6,500</u> (net), is in our office. Please bring this form along with a valid photo identification card (driver's or non/driver's license or resident card is sufficient) into the Office of Wage-Hour, 64 New York Avenue, NE, Suite 3105, Washington, DC 20002, to collect your check. The hours of operation are from 8:30 a.m. to 5:00 p.m., Monday through Friday. If you cannot come in, sign and date the bottom of this form and mail it to the aforementioned address. Upon receipt in this office, your check will be mailed to you. Please make any appropriate modifications on the form regarding where you wish the check to be mailed and **please include the last four digits of your social security number**.

If you have any questions or concerns, do not hesitate to contact me on (202) 671-1880.

Sincerely,

Mrs. Price
Compliance Specialist

---

DOBLE AQUI Y DESPRENDA. DEVEULVA SOLO LA PARTE DE ABAJO.

I have received <u>$6,500</u> (net) in unpaid wages owed me by <u>Parklane Cleaners</u> under the DC Minimum Wage Act. I agree that acceptance of payment in full of this amount constitutes a waiver of my right to bring civil action to recover said unpaid wages due and an additional amount as liquidated damages.

X _____

Signature of Employee

X 4/12/006
Date

64 New York Avenue, N.E., Suite 3105, Washington, D.C. 20002    TDD (202) 673-6994

# M-262-585-161-995    SP. 2/14/08

**EXHIBIT**
**2**

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Employment Services
## Labor Standards Bureau

**Office of Wage-Hour**



(202) 671-1880-Voice
(202) 673-6411-Fax

April 11, 2006



Silver Spring, MD 20903

Dear ▇▇▇▇▇

A recent wage-hour investigation disclosed that while employed by <u>Park Lane Cleaners</u> you were not paid in accordance with the District of Columbia Minimum Wage Act.

You are entitled to an additional $4,000 (gross) in unpaid wages. A check for $4,000 (net), is in our office. Please bring this form along with a valid photo identification card (driver's or non/driver's license or resident card is sufficient) into the Office of Wage-Hour, 64 New York Avenue, NE, Suite 3105, Washington, DC 20002, to collect your check. The hours of operation are from 8:30 a.m. to 5:00 p.m., Monday through Friday. If you cannot come in, sign and date the bottom of this form and mail it to the aforementioned address. Upon receipt in this office, your check will be mailed to you. Please make any appropriate modifications on the form regarding where you wish the check to be mailed and **please include the last four digits of your social security number.**

If you have any questions or concerns, do not hesitate to contact me on (202) 671-1880.

Sincerely,

Mrs. Price
Compliance Specialist

---

DOBLE AQUI Y DESPRENDA. DEVEULVA SOLO LA PARTE DE ABAJO.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I have received $4,000 (net) in unpaid wages owed me by <u>Parklane Cleaners</u> under the DC Minimum Wage Act. I agree that acceptance of payment in full of this amount constitutes a waiver of my right to bring civil action to recover said unpaid wages due and an additional amount as liquidated damages.

X ▇▇▇▇▇▇▇▇▇▇
Signature of Employee

X 04-11-08
Date

64 New York Avenue, N.E., Suite 3105, Washington, D.C. 20002   TDD (202) 673-6994

# 3072226  Exp. 9/03/09