IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA       :
                                    :
*On Behalf of Himself and*          :
*All Others Similarly Situated*     :
                                    :
    Plaintiff,                    :
                                    :
        v.                    :   Case No.: RJL-CV-06-430
                                    :
JAAM, LTD.                          :
t/a PARKLANE CLEANERS, *et al*.     :
                                    :
    Defendants.                   :

## PROPOSED SCHEDULING ORDER

### DEADLINES

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | December 1, 2006 |
| Discovery deadline | December 1, 2006 |
| Dispositive motions due | December 8, 2006 |

_____
The Honorable Judge Richard J. Leon,
U.S. District Court for the District of Columbia