**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : | |
| | : | |
| *On Behalf of Himself and* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: RJL-CV-06-430 |
| | : | |
| JAAM, LTD. | : | |
| t/a PARKLANE CLEANERS, *et al*. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Clerk:

Please withdraw the appearance of David A. Lucas as counsel for Plaintiff in the above-

captioned case.  Philip B. Zipin and The Zipin Law Firm, LLC will remain as counsel for

Plaintiff.

Respectfully submitted,


_____/s/_____
David A. Lucas, Bar No.: 481890
8403 Colesville Road
Suite 610
Silver Spring, MD 20910
(301) 587-9373
(301) 587-9397 (Fax)