## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : | |
| | : | |
| *On Behalf of Himself and* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: RJL-CV-06-430 |
| | : | |
| JAAM, LTD. | : | |
| t/a PARKLANE CLEANERS, *et al*. | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE
### FIRST AMENDED COMPLAINT

Plaintiff, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a) and U.S. District Court Local Rule LCvR 7(i), hereby moves this Honorable Court for leave to file his First Amended Complaint, and, in support thereof, states as follows:

1. The First Amended Complaint adds no new facts, and merely adds additional causes of action which the facts will support.

2. Defendants will suffer no prejudice as a result of the proposed amendment, and granting Plaintiff leave to amend is in the interests of justice.

3. Pursuant to Local Rule LCvR 7(m), Plaintiffs requested Defendants' consent to file his proposed First Amended Complaint; Defendants, through their counsel, graciously consented to Plaintiff's request.

WHEREFORE, Plaintiff hereby respectfully requests that this Honorable Court:

A. Enter an Order granting Plaintiff leave to file his First Amended Complaint;

B. Accept the proposed First Amended Complaint for filing;

2

C.  And for all other and further relief that the nature of this cause may require.

>Respectfully submitted,
>
>_____/s/_____
>Philip B. Zipin, Bar No. 367362
>The Zipin Law Firm, LLC
>8403 Colesville Road, Suite 610
>Silver Spring, Maryland 20910
>Phone: 301-587-9373
>Fax: 301-587-9397
>Email:    pzipin@zipinlaw.com
>
>***Counsel for Plaintiff***