## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : | |
| | : | |
| *On Behalf of Himself and* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: RJL-CV-06-430 |
| | : | |
| JAAM, LTD. | : | |
| t/a PARKLANE CLEANERS, *et al.* | : | |
| | : | |
| Defendants. | : | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Leave to File First Amended Complaint, and the Court considering the Motion and finding it meritorious, and noting the consent of Defendants to the relief requested, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia:

**ORDERED**, that Plaintiff's Motion be and is hereby granted; and it is further,

**ORDERED**, that Plaintiff is hereby granted leave to file his First Amended Complaint; and it is further,

**ORDERED**, that the Clerk shall formally accept for filing the proposed First Amended Complaint submitted by Plaintiff along with their Motion, which shall be considered filed as of this date.

_____
J U D G E, United States District Court
for the District of Columbia