**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROSHAN KUMARA** | : | |
| **MALALGODAPITIYA,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:06 CV 00430 (RJL) |
| | : | |
| **JAAM, Ltd. t/a** | : | |
| **PARKLANE CLEANERS,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to this matter, by and through their respective counsel, and pursuant to Local Civ. R. 16.3(d), and the Court's August 9, 2006, Scheduling Order, hereby move this Honorable Court for entry of an order amending the Scheduling Order to extend discovery in this matter through and including January 15, 2007.   The brief extension of discovery requested herein is in the interest of justice and will promote judicial economy in that it will afford the parties to this matter sufficient time to complete the preparation of their respective claims and defenses.

WHEREFORE the reasons set forth in the accompanying Memorandum of Points and Authorities, the parties hereby jointly move this Honorable Court for entry of an order amending the Court's August 9, 2006, Scheduling Order to extend discovery in this matter through and including January 15, 2007.

Respectfully submitted,

GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED

　　/s/ Gerard J. Emig
Gerard J. Emig, #973609
Matthew J. Focht, #480906
11 North Washington Street, Suite 400
Rockville, MD 20850
(301) 294-2110 (p)
(301) 294-0737 (f)
gemig@gleason-law.com

Attorneys for Defendants


THE ZIPIN LAW FIRM, LLC

　　/s/ Philip B. Zipin
Philip B. Zipin, #367362
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
(301) 587-9373 (p)
(301) 587-9397 (f)
pzipin@zipinlaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THIS 28th day of November, 2006, a copy of the foregoing Joint Motion to Amend Scheduling Order was served electronically on:

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

        /s/ Gerard J. Emig
        Gerard J. Emig