IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROSHAN KUMARA** **MALALGODAPITIYA,** *et al.* | : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | Case No.: 1:06 CV 00430 (RJL) |
| **JAAM, Ltd. t/a** **PARKLANE CLEANERS,** *et al.* | : : : | |
| **Defendants.** | : : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to this matter, by and through their respective counsel, and pursuant to Local Civ. R. 16.3(d), and the Court's August 9, 2006, Scheduling Order, hereby respectfully submit their memorandum of points and authorities in support of their motion for entry of an order amending the Scheduling Order to extend discovery in this matter through and including January 15, 2007. In support of their motion, the parties hereby submit the following points and authorities, stating as follows:

1. On or about August 9, 2006, the Court entered a Scheduling Order in this case. Such Order set the close of discovery in this case for December 1, 2006.

2. Since the entry of the Scheduling Order in this case, the parties have made significant progress toward the completion of discovery. Indeed, the parties have exchanged and answered written discovery, and have taken the depositions of the parties to this matter.

3. However, due to circumstances beyond the parties' control, two (2) fact-witness depositions remain to be taken by the Plaintiffs. The parties expect that the brief extension of

discovery requested herein should afford the parties a sufficient opportunity to schedule and hold such depositions prior to the close of discovery in this case.

4. Further, the Defendants are in the process of issuing subpoenas to two (2) third-party financial institutions in order to ascertain Plaintiff Roshan Kumara Malalgodapitiya's income history during the time period relevant to the instant matter. Such subpoenas will have a return date shortly after the New Year. The existence of the bank accounts at issue has come to the Defendants' attention only since Plaintiff Kumara's deposition. The Defendants expect that the brief extension of discovery requested herein should afford them a sufficient opportunity to receive a response to their subpoenas and to conduct any necessary follow-up.

5. The parties to this matter hereby certify that they have been cooperating throughout the course of this matter and have proceeded with all deliberate diligence during the conduct of discovery.

6. Further, the relief sought herein is in the interests of justice and will promote judicial economy in that it will afford the parties to this matter sufficient time to complete the preparation of their respective claims and defenses.

7. Moreover, the brief extension of discovery requested herein will not serve to unduly delay the resolution of this matter, nor will it require the alteration of any other pending deadlines set by the Court.

8. The relief sought herein is within the inherent powers of the Court.

WHEREFORE THE REASONS SET FORTH ABOVE, the parties hereby jointly move this Honorable Court for entry of an order amending the Court's August 9, 2006, Scheduling Order to extend discovery in this matter through and including January 15, 2007.

Respectfully submitted,

GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED

      /s/ Gerard J. Emig
Gerard J. Emig, #973609
Matthew J. Focht, #480906
11 North Washington Street, Suite 400
Rockville, MD 20850
(301) 294-2110 (p)
(301) 294-0737 (f)
gemig@gleason-law.com

Attorneys for Defendants



THE ZIPIN LAW FIRM, LLC

      /s/ Philip B. Zipin
Philip B. Zipin, #367362
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
(301) 587-9373 (p)
(301) 587-9397 (f)
pzipin@zipinlaw.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT THIS 27th day of November, 2006, a copy of the foregoing Joint Motion to Amend Scheduling Order was served electronically on:

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

    /s/ Gerard J. Emig
        Gerard J. Emig