**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROSHAN KUMARA MALALGODAPITIYA,** *et al.* | : : : |
| **Plaintiffs,** | : : |
| v. | :  Case No.: 1:06 CV 00430 (RJL) : |
| **JAAM, Ltd. t/a PARKLANE CLEANERS,** *et al.* | : : : |
| **Defendants.** | : |

**ORDER**

UPON CONSIDERATION OF THE FOREGOING Joint Motion to Amend Scheduling Order, and the record herein, it is this _____ day of _____, 2006, it is hereby

ORDERED that the Joint Motion to Amend Scheduling Order be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that the August 11, 2006 Scheduling Order in this case is hereby amended to reflect the following deadlines:

| **Event** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Close of Discovery | 12/1/2006 | 1/15/2007 |
| Joinder of Parties | 12/1/2006 | Unchanged |
| Amendment of Pleadings | 12/1/2006 | Unchanged |
| Dispositive Motions Due | 12/8/2006 | Unchanged |

_____
Hon. Richard J. Leon
Judge, United States District Court for the District of Columbia

2

Cc:    Gerard J. Emig, Esq.
Matthew J. Focht, Esq.
GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850


Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910