IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA     :
:
*On Behalf of Himself and*        :
*All Others Similarly Situated*   :
:
    Plaintiff,              :
:
        v.                  :    Case No.: RJL-CV-06-430
:
JAAM, LTD.                        :
t/a PARKLANE CLEANERS, *et al*.   :
:
    Defendants.             :

## **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Roshan Kumara Malalgodapitiya ("Kumara") by and through his attorneys, Philip B. Zipin and The Zipin Law Firm, and pursuant to Federal Rule of Civil Procedure 56 and LCvR 7(h), respectfully moves this Honorable Court for partial summary judgment as to liability only, and to hold, as a matter of law, that Kumara was not an exempt administrative or executive employee under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq*.

Pursuant to LCvR 7(m), undersigned counsel conferred with opposing counsel by telephone to discuss this anticipated motion. Defense counsel opposes this motion.

In support, Kumara files herewith an accompanying Memorandum of Points and Authorities.

WHEREFORE, Kumara respectfully requests that his Motion for Partial Summary Judgment be GRANTED.

2

                Respectfully submitted,


                _____/s/_____
                Philip B. Zipin, Bar No.: 367362
                The Zipin Law Firm, LLC
                8403 Colesville Road, Suite 610
                Silver Spring, Maryland 20910
                301-587-9373
                301-587-9397 (fax)
                pzipin@zipinlaw.com

                Counsel for Plaintiff