## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA : <br> : <br> *On Behalf of Himself and* : <br> *All Others Similarly Situated* : <br> : <br>     Plaintiff, : <br> : <br>     v. : <br> : <br> JAAM, LTD. t/a PARKLANE CLEANERS, *et al*. : <br> : <br>     Defendants. : | Case No.: RJL-CV-06-430 |

### ORDER

UPON CONSIDERATION of Plaintiff Roshan Kumara Malagodapitiya's Motion for Partial Summary Judgment, the Memorandum in Support thereof, any Opposition thereto, and all matters of record, it is this _____ day of _____, 2007, by the U.S. District Court for the District of Columbia,

**ORDERED**, that the Motion for Partial Summary Judgment be and hereby is GRANTED; and it is further

**ORDERED**, that Judgment on liability be entered in favor of Plaintiff and against Defendant JAAM, LTD, t/a Parkland Cleaners, *et al*, with all other issues reserved for trial.

                                                                 _____
                                                                  The Honorable Judge Richard J. Leon,
                                                                  U.S. District Court for the District of Columbia