# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA :
:
*On Behalf of Himself and* :
*All Others Similarly Situated* :
:
:
Plaintiff, :
:
v. : Case No.: RJL-CV-06-430
:
JAAM, LTD. :
t/a PARKLANE CLEANERS, *et al*. :
:
Defendants. :

### AFFIDAVIT OF ROSHAN KUMARA MALALGODAPITIYA

1. I am over the age of eighteen (18) and competent to testify in this matter.

2. I currently have a temporary work permit and a social security number.

3. In 2002, a friend of a friend from Sri Lanka knew someone who was able to help me get a job without a work permit. Mangelo Mawilmada ("Mani"), also from Sri Lanka, worked at Parklane Cleaners ("store") and was able to get me a job working at the store.

4. The following was a typical day for me at the store:

| | |
|---|---|
| 6:30am: | Opened the store (turn off security alarm, turn on boiler, put cash and change in the register) |
| 7:00am - 10:00am: | Tagged clothes for dry cleaning |
| 7:45am: | Wrote down the times of when everyone arrived at the store and called co-owners Fred or Mathew to inform them if anyone was late or did not show up |
| 8:00am - 9:00am: | Owners alternated coming to the store. They would check the computers, take money from the previous day, answer customer complaints, and take care of employee problems |

    10:00am – 4:30pm: Finished tagging same day service items; assembled dry cleaning and folded shirts

    4:30pm – 7:00pm: Check to see that the delivery person took the proper dry cleaning and laundry; helped in front of store

    7:00pm: Closed store (hide money; turn on security alarm, lock door)

5.    The store did not have a back room designated as an office space.

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of this Affidavit are true and correct.

_____12/06/06_____                 _____
Date                                                Roshan Kumara Malalgodapitiya