# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------x
ROSHAN KUMARA MALALGODAPITIYA      x   Case No. 1:06

On Behalf of Himself and           x

All Others Similarly Situated      x   CV 00430 (RJL)

              Plaintiff,           x

              v.                   x

JAAM, LTD,                         x

t/a PARKLANE CLEANERS, et al.,     x

              Defendants.          x
-----------------------------------x
```

Tuesday, October 24, 2006

Silver Spring, Maryland

The deposition of FARAMARZ MAMDOUHI called for

examination by counsel for Plaintiffs in the

above-titled matter, pursuant to notice, at The

Zipin Law Firm, 8403 Colesville Road, Silver

Spring, Maryland, before Jonell Easton, notary

public at 10:00 a.m., when were present on behalf

of respective parties:

1 possible, I have to see what he can do for us.

2          We were looking for someone to run the

3 store and help the other guy because we were not

4 there all the time, one, so to get familiar and I

5 guess work.

6    Q.    You don't know Mani before?

7    A.    Yes, Mani was working for us.

8    Q.    Was he an employee?

9    A.    I rely on.

10    Q.    Was he acting as a translator?

11    A.    No, he was talking himself, he was with

12 us.

13    Q.    What happened at the first meeting, did

14 you offer a job to Kumara?

15    A.    I remember he came and I said the job I

16 have, you know, is going to be someone who would

17 do, learn all the aspects of this management,

18 managing the store and I know you don't have

19 experience.

20          And he said he would be able to learn it

21 and willing to do it.

1          I said it will be a lot of hours.

2          He said no problem.

3          And we went from there.

4     Q.   When did you actually hire him?

5     A.   I don't remember exactly how long after,

6  probably a week or two after that.

7     Q.   What was his job title?

8     A.   We had him as manager training probably

9  something like that since I didn't tell him about,

10 what job title, I told him he has to know

11 everything in the store, to be able to run the

12 store.

13    Q.   Did you discuss the hours?

14         You said lots?

15    A.   Absolutely.

16    Q.   What were the hours you discussed?

17    A.   I told him five to six days a week and be

18 given one day off and off on Wednesday and I told

19 if I need him more, I will let him know.  Sometimes

20 if need to, we ask him to come in on days that he

21 is not working.  That never happened.

1   A.   Most of the time, when he was in charge of

2 the store, I don't remember the dates exactly.

3   Q.   How do you know what hours Kumara actually

4 worked if you weren't there except 45 minutes?

5   A.   We went on what he told us and there he

6 was and sometimes he wrote his own name in the

7 schedule, the time when he came, what day it was.

8   Q.   Do you have copies of records where he

9 wrote his own name with any time?

10   A.   I don't because we don't keep, I might be

11 able to find it, might, I don't know, but ---

12   Q.   Other than his own records for some time

13 he worked, as you indicated, there were no time

14 records that would indicate his time worked?

15   A.   No.

16   Q.   Why is that?

17   A.   Because I didn't think it was a necessity

18 to do that because he was a guy --- that entire

19 time his schedule was known and he was the one to

20 come and go, I wouldn't really question him about

21 his time.

1          And the thing he was, you know, coming at

2 certain times and he was telling me what time he

3 leaves, I went by what he told me all the time.  I

4 didn't have to keep him to know exactly every day

5 because he wasn't an employee like everybody else

6 because he was in charge.

7      Q.   You didn't keep records because he told

8 you and you knew his schedule?

9      A.   Yeah, because when I called him or I

10 called the store, he was there.  There was no

11 reason for me to write his time every day.

12      Q.   The time he was working the same schedule

13 you said 7:00 to 7:00 Monday through Friday expect

14 Wednesday and 8:00 to 6:00 Saturday?

15      A.   Correct and lunch break, and he was

16 leaving early some afternoons, he calls he

17 sometimes and not sometimes but he left on a

18 regular basis as one of his coworkers mentioned in

19 the affidavit.

20      Q.   Who?

21      A.   Mr. Ute.

1  be true for 2003, 2004 2005, each year?

2      A.    Yes, probably.

3      Q.    Now when Kumara came to work, you said he

4  came to work sometime shortly after he met you in

5  November, December of 2001?

6      A.    Correct.

7      Q.    Did you have a job description?

8      A.    Only thing I explained to him he has to

9  learn how to run the store.

10     Q.    Did you have a written job description?

11     A.    No.

12     Q.    Has there ever been a written job

13  description for him?

14     A.    No.

15     Q.    When he first started working for you, did

16  you have discussion about what he would be paid?

17     A.    Yes.

18     Q.    What were those discussions?

19     A.    I told him I would give him $325 per week.

20     Q.    And he agreed to that?

21     A.    Of course.

1    A.    Right.

2    Q.    Pay was never increased from $500?

3    A.    Right.

4    Q.    Did Kumara have any management experience

5 prior to working for you?

6    A.    No, he didn't, but he said he was capable

7 of learning and he seemed like an energetic type.

8    Q.    Were there weeks where he was not paid?

9    A.    No.

10    Q.    Your testimony is you pay him properly?

11    A.    Every two weeks, he got paid.

12    Q.    Were there ever a time you had to take

13 money out of the register to pay him?

14    A.    Might have been some Saturdays he needed

15 money for buying a Metro Card, I told him go do it

16 and we will deduct it.

17    Q.    Might have been, do you have recollection

18 of that happening?

19    A.    If he needed money, I maybe, one or two

20 times, I remember he might have done that.

21    Q.    Taking money out of the register at

1 Parklane?

2      A.    Put a note that he did and we would take

3 it out from his pay.

4      Q.    He would put in a note?

5      A.    In I am not mistaken, once or twice, yeah.

6      Q.    Do you have copies of any of those notes?

7      A.    No, I don't.

8      Q.    He was always paid in cash?

9      A.    Correct.

10      Q.    Why wasn't he paid with a check?

11      A.    Because he was, did not have Social

12 Security and proper paperwork, a few times, I asked

13 him to get it, he could not get it and that is why

14 we end up paying him cash.

15      Q.    Why did you hire someone who didn't have

16 proper paperwork and a Social Security card?

17      A.    He needed help and I was trying to be

18 helpful to him because he was really in a situation

19 he needed help.

20      Q.    You could pay him less than he would have

21 made if he had had a Social Security card?

1 the next time he got paid, it would be the amount

2 of regular base less $30?

3    A.    Correct.

4    Q.    When Mr. Kumara was working for you, I

5 want to ask you some job responsibilities to see if

6 he did those job responsibilities when working for

7 you in charge of the Parklane store, did he open

8 and close that store on a daily basis?

9    A.    Yes.

10    Q.    Did he reset the alarm system?

11    A.    Yes.

12    Q.    Did he fix machines?

13    A.    Well, fix in the sense if something was

14 very simple, he could find out, he would.

15    Q.    Did he put change in the cash register?

16    A.    Yes.

17    Q.    Did he turn on the computer?

18    A.    Yes.

19    Q.    Did he set the boiler?

20    A.    Well, he would come in and turn on the

21 boiler, yes.

Page 27

1    Q.    Did he deal with customers?

2    A.    Yes.

3    Q.    Did he keep track of other employees'

4 time?

5    A.    Correct.

6    Q.    Did he interact with vendors and repair

7 people?

8    A.    He was in charge to make sure we had

9 enough supplies for the store and service was

10 needed for machine service, he would call directly

11 and talk to directly to the mechanics.

12    Q.    The short answer is yes, he did deal with

13 vendors and repair people?

14    A.    Yes.

15    Q.    Did he, would he contact you or Mr. Nezam

16 and report things going on?

17    A.    Usually, if it was that important, he

18 could not, something he really needed our

19 attention, he would.

20    Q.    Did he assemble dry cleaning?

21    A.    Sometimes if we don't have enough help, he

1 would but not on a regular basis.

2    Q.    Did he operate the dry cleaning machines

3 when operators were on vacation and Saturdays?

4    A.    Yes, once in a while, take care of the

5 store in safe place until he give it to Mehdi the

6 next day.

7    Q.    Did he set the security alarm and close

8 the building down each evening?

9    A.    Yes.

10    Q.    Were there any other job responsibilities

11 Mr. Kumara performed while he was working for you?

12    A.    Yes, taking care of all the problems with

13 the employees and if someone wouldn't do their job,

14 properly he would instruct them to do so and if he

15 keep telling them, they don't listen, he would talk

16 to us and we would take action.

17        If someone was doing a good job, he would

18 tell us the person is doing a good job and and we

19 have to give a raise.

20    Q.    Which were the employees where he said

21 they were not doing a good job?

Page 29

1    A.    I can't recall who, so many different

2 occasions, I can't not recall, any particular

3 person.

4    Q.    How many employees were there, at any

5 given, time working at the Parklane store?

6    A.    Probably nine to ten people.

7    Q.    You are telling me you can't remember any

8 instance him talking to you about an employee who

9 wasn't working well?

10    A.    I don't remember names, so many times

11 persons don't do this, that, didn't listen to this

12 and wasn't happy with it, we discuss it with him

13 and corrected the problem.  I don't remember who

14 each person.

15    Q.    You mentioned he would talk to you about

16 people doing well, you need to pay them more money?

17    A.    Yes.

18        MR. EMIG:  Sometimes everything is non

19 verbal, but it doesn't transcribe.

20        THE WITNESS:  Thank you.

21

1          BY MR. ZIPIN:

2     Q.    Who were the employees that he talked to

3 you about who were doing a good job and you needed

4 to pay more?

5     A.    I don't remember anybody in particular.

6 There were occasions he talked about people, how

7 they were doing and to give them a raise.

8     Q.    Do you remember when those conversations

9 took place, spread out?  All at the beginning?  All

10 at the end?

11    A.    Spread out, I cannot tell exactly the

12 time.

13    Q.    Did he ever tell you there was one who

14 needed to be fired?

15    A.    He never said fire, someone doesn't do the

16 job, what to do, discuss it.  He never mentioned to

17 fire anybody, but he was telling me or Mehdi, my

18 partner, that they were not doing their job right

19 and if it wasn't corrected, we would fire the

20 person, but it never happened.

21    Q.    No one was fired from the store while

Page 31

1 Kumara was working there?

2     A.    I mean I don't fire people.  I don't

3 recall firing anybody.

4     Q.    How did Kumara leave your employment?

5     A.    He just walked out himself.

6     Q.    You are saying he resigned, he wasn't

7 fired?

8     A.    No, he was not.

9     Q.    Did Kumara ever bring anybody to you and

10 say this person should be hired to work in the

11 store?

12     A.    I don't remember.

13     Q.    To be clear, you don't remember him doing

14 anything like that?

15     A.    Yes.

16           MR. EMIG:  Off the record.

17           (Discussion off the record.)

18           BY MR. ZIPIN:

19     Q.    You said Kumara never told you to fire

20 someone and never brought in anybody to be hired.

21 Correct?

Page 32

1    A.    As far as I remember, but as far as

2 firing, he did say to fire people that would not

3 listen, but we worked it out.  I went and talked to

4 them and find out the problem and correct it, they

5 didn't get to the point to fire.

6          He did talk about sometimes this guy

7 should not be working in the back because he create

8 problems, I don't remember exactly.

9          MR. ZIPIN:  Take a break.

10          (Discussion off the record.)

11          MR. ZIPIN:  The record will reflect my

12 client has arrived and he will be with us at this

13 time.

14          If there are problems from my client's

15 point of view, we may break or reconvene.  We will

16 go through as best we can.

17          BY MR. ZIPIN:

18    Q.    My client, Kumara, did not have authority

19 to hire or fire anybody at store?

20    A.    If it came to it, he did.

21          As I said, it never happened we did that

Page 33

1 numerous times regarding how well or bad someone

2 was doing and corrected the situation and it never

3 got to the point of firing them.

4      Q.    Are you saying my client could have,

5 without consulting with you, fired any employee of

6 the store?

7      A.    Could have because he had authority.

8      Q.    He had authority to fire someone?

9      A.    Yes.

10      Q.    Did he have authority to hire someone, as

11 well?

12      A.    If it was the right person, I am sure he

13 would have consulted us, we were also consulted.

14      Q.    You are saying he had authority to hire

15 people without telling anybody in advance?

16      A.    If he needed someone, it never happened.

17      Q.    It never happened --- he never hired or

18 fired anybody that you are aware of?

19      A.    No.

20          MR. EMIG:   Objection.  Asked and answered

21 about four times.

Page 34

1          You can answer.

2          BY MR. ZIPIN:

3     Q.    Yes, let me be clear.

4          He never hired or fired anybody?  I want

5 to be clear that the answer to this question is he

6 did not hire or fire anybody.  Is that correct?

7     A.    Same as me or Mehdi we never fired anybody

8 at the time because it was not needed to do, so if

9 someone didn't do the job properly and we discuss

10 with them and they didn't follow up, they left

11 themselves or we don't fire them, but he did have

12 the authority to do so.  It never happened.

13     Q.    Is it correct that he never hired or fired

14 anybody?

15     A.    I answered that three times.

16     Q.    Can you give me a yes or no?

17     A.    I said yes.

18     Q.    Prior to Roshan Kumara being hired as

19 manager of the store, who was the manager of

20 Parklane Cleaners?

21     A.    Basically Mani, his friend, was doing a

1 lot of work and we were there also as his help, but

2 we were there more than the time he was there in

3 the store.

4     Q.    What was Mani's position?

5     A.    In the beginning, just running the store,

6 but the last few months, he was working, he was

7 just doing the same thing, running the store and

8 doing some of the work that was supposed to be

9 done.

10     Q.    Is Mr. Mani identified in your answers to

11 interrogatories, number two under E says Mani?

12     A.    Yes.

13     Q.    Is it your testimony he was doing the

14 store manager work with you at that time, before

15 Kumara was brought in?

16     A.    Correct.

17     Q.    What was he being paid at that time?

18         MR. EMIG:  Objection.  Relevancy.

19         You can answer.

20         THE WITNESS:  Exactly, I don't remember.

21 I have to go back and see, $9 an hour.

Page 36

1          BY MR. ZIPIN:

2      Q.    Is Mani, today, is he still working for

3 you?

4      A.    Not for me, no.

5      Q.    Is he working at the store?

6      A.    As far as I know, he does.

7      Q.    You said you paid Kumara in cash every two

8 weeks.  Is that right?

9      A.    Correct.

10     Q.    There was never any withholding or taxes

11 or Social Security.  Right?

12     A.    Yes.

13     Q.    How long have you been in the dry cleaning

14 business?

15     A.    Since 1982.

16     Q.    You are familiar with record-keeping

17 requirements of, required of people in business?

18     A.    I thought I did, but apparently, I was

19 wrong.

20     Q.    What do you mean?

21     A.    By not keeping daily schedules, I found

1 out after, you know, called by D.C. pay wages

2 department.

3    Q.    You are saying now you need to keep track

4 of employees who are hourly?

5    A.    Yes.

6    Q.    Do you need to keep payroll records, as

7 well?

8    A.    Yes.

9    Q.    For all employees?

10    A.    Correct.

11    Q.    When did you first became aware you needed

12 to keep payroll records?

13    A.    Yes, when I talked to Ms. Price in D.C.

14 government.

15    Q.    You are saying for 20 years or so you

16 didn't know you had to keep payroll records?

17    A.    Payroll records, we kept payroll company

18 also, have all the forms, but not daily, hourly,

19 what time to what time for two, three years ago,

20 payroll records we always kept.

21    Q.    Were there other employees beside Kumara

1 who were paid in cash?

2          MR. EMIG:  Objection.  You can answer.

3          THE WITNESS:  There were one or two before

4 that, yes, if I recall.

5          BY MR. ZIPIN:

6     Q.   Who were they?

7     A.   One of them was Ortega, I don't remember

8 the name, his girlfriend or wife, they were telling

9 me was his wife.

10    Q.   Ortega?

11    A.   I thought it was.

12    Q.   What was her position with the company?

13    A.   She was presser, shirt presser.

14    Q.   Why was it that Ortega was paid in cash?

15    A.   Same situation, she did not have the

16 paperwork and no Social Security.

17    Q.   You said there might have been another

18 person who was paid in cash?

19    A.   I don't remember who exactly it was, in

20 all these years, might have been, yeah.

21    Q.   So the other person you are thinking of

1 you can't remember specifics, was also the same

2 thing, someone without a Social Security number?

3     A.    Must have been, I don't remember.

4     Q.    Was there any other reason why you paid

5 someone in cash and not a payroll check?

6     A.    Must have been their request, either they

7 didn't have it or just had some issues, as far as,

8 I can't say there was any other reason

9     Q.    You mentioned Ute a few minutes ago.

10          When was Ute hired?

11    A.    I think it was in June of 2004.

12    Q.    What was Ute's position?

13    A.    He came to help Kumara, to get some of his

14 duties away from him because he was telling me he

15 had too many things to do.

16    Q.    So did he have a job title?

17    A.    Manager in front, dealing with customer

18 basically, mostly.

19    Q.    So from June of 2004, how long did Ute

20 work for you?

21    A.    April of 2005.

Page 56

1    A.    I will check.  I don't think I have it.

2          MR. EMIG:  We will look.

3          BY MR. ZIPIN:

4    Q.    If you have more, please provide them.

5    A.    Sure.

6          MR. ZIPIN:  Let's mark this document as

7 the next exhibit, please.

8          (Mamdouhi Deposition Exhibit No. 4 was

9 marked for identification.)

10         BY MR. ZIPIN:

11   Q.    I was asking you, did there come a time

12 where you supported, the company supported Mr.

13 Kumara in his application for a green card?

14   A.    Yes.

15   Q.    When was that?  Do you recall?

16   A.    Few months after he started working, he

17 came and said if we could help him out getting his

18 green card.

19         I said, in the beginning, he mentioned it

20 once, I said we have to wait and see your

21 performance and if you like us and we like you.

Page 57

1        The next time, I don't remember how long

2 after, I said I would help, you have to get a

3 lawyer and see what it takes.

4        And he came up with the paperwork, he

5 found the same lawyer his friend have, I think,

6 brought me the paper for me to sign.

7    Q.    I am showing you Exhibit 4 to your

8 deposition.

9        It is two pages, an application for alien

10 employment certification.

11        The date on the second page is July 25,

12 2002.

13        I believe that is your signature.

14 Correct?

15    A.    Correct.

16    Q.    July 25, 2002, is that about the time you

17 are thinking you signed it?

18    A.    I think it is, yeah.

19    Q.    Is it your testimony that paperwork was

20 presented by you Mr. Kumara for the lawyer?

21    A.    Sure.

Page 59

1 correct?

2    A.    Sure.

3          Let me clarify this, the lawyers, when his

4 lawyer checks all those things and tells me, calls

5 me --- what, I look at the job offer, he says it

6 needs to be signed.

7          When he tells me alterations and tailor, I

8 talked to him he said he had experience, but later

9 on, I found out he couldn't do alterations.

10          He said he would learn.  That is what his

11 promise was to me.

12    Q.    Did you know when you signed this that you

13 were promising to pay Mr. Kumara $12 an hour once

14 he obtained his green card?

15    A.    Yes.

16    Q.    For acting as an alterations tailor

17 person?

18    A.    Yes.

19    Q.    In your mind, were you aware that this

20 would entail him changing his job to become an

21 alterations tailor, once he got his green card?

Page 60

1    A.    Yes.

2    Q.    You were prepared to do that?

3    A.    Yes.

4    Q.    It was a significant increase in pay?

5          MR. EMIG:  Objection.  Form.

6          THE WITNESS:  Yes.

7          BY MR. ZIPIN:

8    Q.    But he would no longer be managing the

9 store?

10    A.    Could have been and do alterations, too.

11    Q.    There was no indication he would be

12 performing those duties?

13    A.    He could have done alterations and I don't

14 know what the plan was.

15          I am saying at the time we offered to give

16 him a job, the offer for when he gets the green

17 card is to do alterations, but we never sit down

18 and plan it, he promised me he was going to learn

19 how to do mending, hemming and things like that.

20    Q.    Are you aware if JAMM Limited advertised

21 for that position with this job position?

Page 64

1    A.    No.

2    Q.    Under the form here, this Exhibit 4, you

3 see box number 17, bottom, on the right, first

4 page, number of employee alien will supervise.

5         It says zero.

6         Is it your testimony when he received his

7 green card and assumed the position of alterations

8 tailor, he would have to have manager

9 responsibilities?

10    A.    I assume that would have been the case, if

11 it happened.

12    Q.    Did it ever happen?

13    A.    No, he never worked as a tailor.

14    Q.    There came a time where you had an action

15 brought against you with the D.C. Department of

16 Employment Services?

17    A.    Yes.

18    Q.    On behalf of several employees claiming

19 they were not paid overtime?

20    A.    They were one person and then I assumed

21 Mr. Kumara went and got the other people involved.