# EXHIBIT 4

Case 1:06-cv-00430-RJL    Document 18-7    Filed 12/08/2006    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA             :
                                          :
*On Behalf of Himself and*                :
*All Others Similarly Situated*           :
                                          :
       Plaintiff,                         :
                                          :
          v.                              :   Case No.: RJL-CV-06-430
                                          :
JAAM, LTD.                                :
t/a PARKLANE CLEANERS, *et al.*           :
                                          :
       Defendants.                        :

**PLAINTIFF ROSHAN KUMARA MALAGODAPITIYA'S RESPONSES TO THE FIRST SET OF INTERROGATORIES FROM DEFENDANT JAAM, LTD.**

Plaintiff Roshan Kumara Malalgodapitiya ("Plaintiff"), by and through undersigned counsel, hereby objects and responds to the Interrogatories served on him by Defendant JAAM, Ltd. ("Defendant").

**INTERROGATORIES AND RESPONSES**

1.  State your full name, current address, marital status, Social Security number, educational background and addresses of all residences for the last five years.

**Response:   Roshan Kumara Malalgodapitiya; 3407 Kayson Street, Silver Spring, MD 20906; married; SS# 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; high school diploma and certificate of plumbing from Sri Lanka; in the past five years, lived in Prince George's County on Riverdale Road, Viers Mill Road in Rockville, Seven Corners area of Virginia, lived on Midway Island Navy base, and Rich Manor Drive in Prince George's County.**

2.  State the name and addresses of all employers for whom you have worked subsequent to your employment with the defendant. If you have been self-employed since that

**asked Matthew, the other owner, about being paid more as well. He stated to me that they would not pay me more because they were sponsoring me for my work permit.**

6. State whether you have retained or expect to retain any expert witnesses and, if so, for each expert state said expert's name, home and office address, position of employment, area of professional training and expertise, professional credentials, the substance of the facts and opinions to which that person is expected to testify, and identify any documents expected to be relied upon in such testimony.

**Response:** **No experts have been retained as of this date.**

7. Identify every lawsuit, civil action, charge of employment discrimination or any other form of litigation or agency action in which the plaintiff has been or is currently involved. State the nature of each action, the forum in which it proceeded or is proceeding, its identifying number, the parties involved, the date on which the action was commenced, the charges (and counterclaims, if any), the status of the action or the nature and date of the disposition.

**Response:** **I filed a claim with the DC Labor Board, claiming I was not paid wages. I have also filed for work authorization permit with the Federal Government.**

8. Set forth all facts upon which you base your assertion that the defendant owes money to the plaintiff, including but not limited to the nature of the amount owed, the specific amount owed, the date the debt arose, and any documents supporting the amount claimed.

**Response:** **Objection. This Interrogatory is overly broad in that it requests that Plaintiff "set forth all facts" upon which his claims against Defendants are based. Without waiving this objection, Plaintiff responds as follows: Defendant owes me for my hours worked at the rates promised to me, $12.00 per hour for straight time and $18.00 per hour for my overtime. I worked 70 hours per week and was paid $500.00 in cash every two weeks.**