# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

ROSHAN KUMARA MALALGODAPITIYA     x   Case No. 1:06

On Behalf of Himself and          x   CV 00430 (RJL)

All Others Similarly Situated,    x

               Plaintiff,         x

               v.                 x

JAAM, LTD.                        x

t/a PARKLANE CLEANERS, et al.,    x

               Defendants.        x

------------------------------------x

Tuesday, October 24, 2006

Silver Spring, Maryland

The deposition of MEHDI NEZAM called for

examination by counsel for Plaintiffs in the

above-titled matter, pursuant to notice, at The

Zipin Law Firm, 8403 Colesville Road, Silver

Spring, Maryland, before Jonell Easton, notary

public, at 12:10 p.m., when were present on behalf

of respective parties:

1 other employee who had a Social Security card got

2 paid with a paycheck?

3    A.    Yes.

4    Q.    There were proper deductions and proper

5 withholding?

6    A.    Yes.

7    Q.    Did you keep any written records regarding

8 the pay you were giving to Mr. Kumara?

9    A.    At the time, yes.

10    Q.    What written records were you maintaining?

11    A.    Just on the book, notes, writing the

12 amount.

13    Q.    The amounts being paid?

14    A.    Yes.

15    Q.    What happened to that book?  Where is it

16 today?

17    A.    We didn't keep records after maybe a

18 couple of payrolls, I just disregarded.

19    Q.    What happened to it?  Did you throw it

20 out?

21    A.    Yes, we didn't need to keep it anymore.

1    Q.    Why?

2    A.    Because the point, since it the salary was

3 fixed amount, there was no need to keep that same

4 number every time, so we knew exactly.

5    Q.    Of course, the salary increased over time?

6    A.    Yeah, then it wasn't so frequent, it was

7 after a while, a few months or a year.

8    Q.    Did you actually throw that book out where

9 you were keeping track of pay?

10    A.    Yes.

11    Q.    You haven't maintained records of his pay

12 since that time?

13    A.    No.

14    Q.    You never put aside money to pay Social

15 Security or other withholding on behalf of Mr.

16 Kumara. Right?

17    A.    Yes.

18    Q.    Did you ever do an investigation whether

19 Mr. Kumara was an exempt or non exempt employee for

20 overtime purposes?

21    A.    I knew that as a fixed salary for