**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROSHAN KUMARA** : <br> **MALALGODAPITIYA**, *et al.* : <br> : <br>     **Plaintiffs,** : <br> : <br> v. :     Case No.: 1:06 CV 00430 (RJL) <br> : <br> **JAAM, Ltd. t/a** : <br> **PARKLANE CLEANERS**, *et al.* : <br> : <br>     **Defendants.** : | |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants JAAM, Ltd., t/a Parklane Cleaners, and Faramarz Mamdouhi, by and through their counsel, Gleason, Flynn, Emig & Fogleman, Chartered, and pursuant to Fed. R. Civ. P. 26(c), hereby move this Honorable Court for entry of a protective order relieving the Defendants from their obligation under Fed. R. Civ. P. 34 to produce Defendant JAAM, Ltd.'s 2003, 2004, 2005, and 2006 federal and state income tax returns.

WHEREFORE THE REASONS SET FORTH IN THE ACCOMPANYING Memorandum of Points and Authorities, Defendants JAAM, Ltd., t/a Parklane Cleaners, and Faramarz Mamdouhi, hereby move this Honorable Court for entry of a protective order relieving the Defendants from their obligation under Fed. R. Civ. P. 34 to produce Defendant JAAM, Ltd.'s 2003, 2004, 2005, and 2006 federal and state income tax returns.

        Respectfully submitted,

        GLEASON, FLYNN, EMIG
        & FOGLEMAN, CHARTERED

          /s/ Gerard J. Emig
        Gerard J. Emig, #973609
        Matthew J. Focht, #480906
        11 North Washington Street, Suite 400
        Rockville, MD 20850
        (301) 294-2110 (p)
        (301) 294-0737 (f)
        gemig@gleason-law.com

        Attorneys for Defendants

## REQUEST FOR ORAL ARGUMENT

Defendants hereby request oral argument on all issues raised herein.


          /s/ Gerard J. Emig
          Gerard J. Emig

## RULE 26(c) CERTIFICATION

    I HEREBY CERTIFY THAT on December 14, 2006, my associate, Matthew J. Focht, Esq., communicated via e-mail with Steven Kaplan, Esq., of The Zipin Law Firm, LLC, in an effort to resolve the discovery issues raised in the instant motion. Such efforts proved fruitless, and the issues raised herein are now ripe for this Honorable Court's consideration.

          /s/ Gerard J. Emig
          Gerard J. Emig

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT THIS 14th day of December, 2006, a copy of the foregoing Defendants' Motion for Protective Order was served electronically on:

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

                                                /s/ Gerard J. Emig
                                                        Gerard J. Emig