**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROSHAN KUMARA** <br> **MALALGODAPITIYA,** *et al.* | : <br> : <br> : | |
| **Plaintiffs,** | : <br> : | |
| v. | : <br> : | Case No.: 1:06 CV 00430 (RJL) |
| **JAAM, Ltd. t/a** <br> **PARKLANE CLEANERS,** *et al.* | : <br> : <br> : | |
| **Defendants.** | : | |

### ORDER

**UPON CONSIDERATION** of the foregoing Defendants' Motion for Protective Order, the opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

**ORDERED,** that the Defendants' Motion for Protective Order is hereby GRANTED**;** and it is

**FURTHER ORDERED** that the Defendants are hereby relieved of their obligation under the rules of this Court to produce copies of Defendant JAAM, Ltd.'s 2003, 2004, 2005, and 2006 federal and state tax returns;

    **SO ORDERED.**

 

_____
Hon. Richard J. Leon
Judge,
United States District Court for the District of Columbia

2

Cc: Gerard J. Emig, Esq.
Matthew J. Focht, Esq.
GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850


Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910