# MEHDI NEZAM - OCTOBER 24, 2006

ROSHAN KUMARA MALALGODAPITIYA
On Behalf of Himself and
All Others Similarly Situated
vs.
JAAM, LTD.
t/a PARKLANE CLEANERS, et al.

Page 1 to Page 20

Condensed Transcript and Concordance
Prepared By

*PRECISE REPORTING SERVICES*
8804 Sumner Grove Drive
Laurel, Maryland 20708
Phone (301) 210-5092
Toll Free (866) 847-3351
Fax (301) 210-5094
www.precisereportingservices.com



*Precise Reporting Services*
(301) 210-5092
*Serving MD, D.C. & VA*

DEPOSITION OF MEHDI NEZAM
Conducted on October 24, 2006

---

**Page 1**

1  IN THE UNITED STATES DISTRICT COURT
2      FOR THE DISTRICT OF COLUMBIA
3  -------------------------------x
4  ROSHAN KUMARA MALALGODAPITIYA    x  Case No. 1:06
5  On Behalf of Himself and         x  CV 00430 (RJL)
6  All Others Similarly Situated,   x
7           Plaintiff,              x
8      v.                           x
9  JAAM, LTD.                       x
10 t/a PARKLANE CLEANERS, et al.,   x
11          Defendants.             x
12 -------------------------------x
13             Tuesday, October 24, 2006
14             Silver Spring, Maryland
15 The deposition of MEHDI NEZAM called for
16 examination by counsel for Plaintiffs in the
17 above-titled matter, pursuant to notice, at The
18 Zipin Law Firm, 8403 Colesville Road, Silver
19 Spring, Maryland, before Jonell Easton, notary
20 public, at 12:10 p.m., when were present on behalf
21 of respective parties:

---

**Page 2**

1  On behalf of the Plaintiffs:
2       PHILIP B. ZIPIN, ESQUIRE
3       The Zipin Law Firm
4       8403 Colesville Road
5       Suite 610
6       Silver Spring, Maryland 20910
7       301.587.9373
8
9
10 On behalf of the Defendants:
11      GERALD J. EMIG, ESQUIRE
12      Gleason, Flynn, Emig & Fogleman
13      11 North Washington Street
14      Rockville, Maryland 20850
15      301.294.2110
16
17 Also Present:  Faramarz Mamdouhi
18                Roshan Kumara
19
20
21              - - -

---

**Page 3**

1                  C O N T E N T S
2  WITNESS            EXAMINATION BY COUNSEL FOR
3                     PLAINTIFFS    DEFENDANTS
4  MEHDI NEZAM            4              --
5
6
7
8                  NEZAM EXHIBITS
9  EXHIBIT                    MARKED
10
11         (No exhibits were marked.)
12              - - -

---

**Page 4**

1                  P R O C E E D I N G S
2      Whereupon,
3          MEHDI NEZAM
4  was called for examination by counsel for
5  Plaintiffs and, after having been first duly sworn
6  by the notary public was examined and testified as
7  follows:
8      EXAMINATION BY COUNSEL FOR PLAINTIFFS
9      BY MR. ZIPIN:
10 Q.  State your full name for the record.
11 A.  **Mehdi, M-E-H-D-I.**
12     **And the last name is Nezam, N-E-Z-A-M.**
13 Q.  Where do you live?
14 A.  **Gaithersburg, Maryland.**
15 Q.  What is the address?
16 A.  **13140 Glenn Road, 1N.**
17 Q.  Are you affiliated with JAAM Limited?
18 A.  **Yes.**
19 Q.  What is your position?
20 A.  **Vice president.**
21 Q.  Who is the president?

---

1 (Pages 1 to 4)

**Page 5**

1  A. Mr. Mamdouhi.
2  Q. Have you held those respective positions
3  for at least the last three, four years?
4  A. Yes.
5  Q. As vice president, what are your
6  responsibilities?
7  A. Pretty how much both of us share the same
8  kind of responsibilities, so responsibilities,
9  every day, just management.
10  Q. So the two of you handle, manage the
11  overall business?
12  A. What we do, we would go early in the
13  morning and talk to Mr. Kumara and take care of
14  cash registers. Basically that is it with him
15  regarding any kind of situations.
16  Q. Discussing now specifically about Parklane
17  Cleaners where Mr. Kumara worked?
18  A. Correct.
19  Q. Does JAAM have any other business
20  activities except for the dry cleaning business Mr.
21  Mamdouhi testified to?

**Page 6**

1  A. No, sir.
2  Q. So, there are no facilities in Maryland,
3  just the two in D.C.?
4  A. Exactly.
5  Q. Between you and Mr. Mamdouhi, who was
6  responsible for payroll and matters like that?
7  A. I was.
8  Q. What training did you have, what
9  background did you have to qualify you for that?
10  A. Basically not much because it was very
11  simple, we were using a payroll company, Paychecks,
12  they would take care of the payroll for us.
13  Q. Was the process with Paychecks a clerk
14  would call in the hours for each employee and
15  Paychecks would produce a check?
16  A. Yes, on Wednesday, I would call with the
17  numbers, number of hours, they would send checks
18  the following day and we would give it to employees
19  on Friday every other week.
20  Q. Every other Friday was pay day?
21  A. Yes, every other Friday.

**Page 7**

1  Q. You heard Mr. Mamdouhi testify that
2  Paychecks, for one ten-month period in 2005, did
3  not provide any overtime on any of the checks given
4  to any employees. Do you agree?
5  A. Exactly.
6  Q. What is your explanation why no overtime
7  was recorded and told to Paychecks?
8  A. Because there wasn't employees which were
9  doing overtime.
10  Q. Was no overtime being worked?
11  A. With the exception of some Saturdays some
12  people would come in for a few hours on Saturdays
13  and we would pay them separately in cash.
14  Q. Why were they not paid by the regular
15  payroll company for their work?
16  A. Because it was occasional and it was
17  different people coming different times.
18  Q. Was any effort made to keep track of the
19  hours when they worked on Saturdays?
20  A. Not really, they would come in in the
21  morning, finish work for the day and leave.

**Page 8**

1  Q. Was Mr. Kumara working at Parklane
2  Cleaners at the time?
3  A. Yes.
4  Q. He was keeping track of employees' time
5  other than himself?
6  A. Yes.
7  Q. He was keeping track of hours worked by
8  people on Saturdays?
9  A. Yes, but a lot of time, he would not write
10  the times, we would pay them on a fixed basis.
11  Q. How would you know how much?
12  A. Usually we would pay $8, $9 per day for
13  four hours, five most, so it was always within that
14  time.
15  Q. How was it determined what to pay Mr.
16  Kumara for his work at the store? How did you
17  determine what to pay him?
18  A. We paid him according to the salary for
19  management.
20  Q. How did you determine how much for
21  management?

DEPOSITION OF MEHDI NEZAM
Conducted on October 24, 2006

---

Page 9

1   A.  We found out how much it is, we went
2   according to those.
3   Q.  What did you do to find out how much it
4   is?
5   A.  Because we found it, how much it is and
6   that is how much we paid.
7   Q.  How did you find out how much it is?
8   A.  Because that time we discussed about the
9   rules and regulations, how much it would be.
10  Q.  Maybe, it you were not understanding.
11      How is it you made, you determined what
12  would a manager's salary be?  How did you figure
13  that out?
14      Mr. Mamdouhi said you paid him $325 per
15  week.
16  A.  Correct.
17  Q.  How did you come up with that number?
18  A.  That is how much it was at the time.
19  Q.  How much what was at that time?
20  A.  I mean that is what we agreed on paying
21  him, that much, at the time.

Page 10

1   Q.  I understand you agreed, I understand that
2   is what you paid.
3       My question is:  How did you come up with
4   that number?  Why not $100?  Why not $200?  Why
5   $325?
6   A.  Because we found out that is above minimum
7   requirement of management.
8   Q.  What is minimum requirement or management?
9   A.  I don't recall exactly, something like
10  $250.
11  Q.  Why did you say for management as opposed
12  to any other kind of employee?  What led you to
13  that conclusion?
14  A.  Because that is the fixed salary we set up
15  for him.
16  Q.  Okay, your testimony that was this was the
17  minimum amount for management, did you have a
18  minimum, for other employees, there was a different
19  amount?
20  A.  Other employees was hourly basis.
21  Q.  You are saying it wasn't applied because

Page 11

1   they were being paid hourly?
2   A.  Correct.
3   Q.  How did you determine $325 was the minimum
4   amount or above the minimum amount to be paid to
5   management?
6   A.  Because it was above minimum.
7   Q.  Above the minimum wage?
8   A.  It was above $250, which was minimum for
9   management at that time.
10  Q.  I will ask one more time.
11      How did you figure $250 was the minimum
12  amount for management?  Did you make up that sum or
13  did someone tell you?  Did you read it?
14  A.  That is what I knew from the time.
15  Q.  You knew that?
16  A.  Yes.
17  Q.  As part of your previous knowledge?
18  A.  Yes.
19  Q.  When had you had occasion to pay managers
20  prior to hiring Mr. Kumara?
21  A.  Because I saw it in the papers or

Page 12

1   something.
2   Q.  You say it, a paper somewhere the minimum
3   amount you would pay a manager was $250 a week?
4   A.  Yes.
5   Q.  Do you know what paper?
6   A.  I don't recall.
7   Q.  A newspaper or journal or something else?
8   A.  Could have been like payroll memo or
9   something.
10  Q.  Do you have a subscription to things like
11  that to keep yourself updated on what is required
12  in the industry?
13  A.  No.
14  Q.  Do you have access to a payroll journal,
15  newspaper or magazines?
16  A.  No, I don't.
17  Q.  Now, when Mr. Kumara began working for
18  JAAM Limited and you made the decision to pay him
19  $325, you began paying him in cash?
20  A.  Correct.
21  Q.  From what Mr. Mamdouhi was testifying, you

3 (Pages 9 to 12)

DEPOSITION OF MEHDI NEZAM
Conducted on October 24, 2006

**Page 13**

1  were one that would deliver paychecks and cash to
2  Mr. Kumara every other Friday?
3      A. Correct.
4      Q. What was the process for paying Mr.
5  Kumara? Did you actually go to the bank and take
6  out cash and put it in an envelope?
7      A. Yes, we cashed a check from the bank.
8      Q. When he first started, how regularly was
9  he paid?
10     A. Every other week.
11     Q. $650?
12     A. Correct.
13     Q. No withholding?
14     A. No.
15     Q. No taxes? No Social Security?
16     A. No.
17     Q. Now there came a time when Mr. Kumara's
18  pay increased. Right?
19     A. Correct.
20     Q. You heard Mr. Mamdouhi's testimony that it
21  increased and how much.

**Page 14**

1   Are you in agreement with what he
2  testified to?
3      A. Yes.
4      Q. Why was Mr. Kumara paid in cash rather
5  than a payroll check?
6      A. Because he didn't have no Social Security
7  papers so we can write the check.
8      Q. Were there other employees that had Social
9  Security numbers that were also paid in cash?
10     A. No.
11     Q. Were other ones paid in cash for overtime
12  as you testified?
13     A. No.
14     Q. You said people got overtime?
15     A. All got checks.
16     Q. Other than --- every other employee got a
17  payroll check?
18     A. With the exception of one or two who did
19  not have Social Security numbers.
20     Q. Is it your testimony every other employee
21  with the exception of overtime, you told me every

**Page 15**

1  other employee who had a Social Security card got
2  paid with a paycheck?
3      A. Yes.
4      Q. There were proper deductions and proper
5  withholding?
6      A. Yes.
7      Q. Did you keep any written records regarding
8  the pay you were giving to Mr. Kumara?
9      A. At the time, yes.
10     Q. What written records were you maintaining?
11     A. Just on the book, notes, writing the
12  amount.
13     Q. The amounts being paid?
14     A. Yes.
15     Q. What happened to that book? Where is it
16  today?
17     A. We didn't keep records after maybe a
18  couple of payrolls, I just disregarded.
19     Q. What happened to it? Did you throw it
20  out?
21     A. Yes, we didn't need to keep it anymore.

**Page 16**

1      Q. Why?
2      A. Because the point, since it the salary was
3  fixed amount, there was no need to keep that same
4  number every time, so we knew exactly.
5      Q. Of course, the salary increased over time?
6      A. Yeah, then it wasn't so frequent, it was
7  after a while, a few months or a year.
8      Q. Did you actually throw that book out where
9  you were keeping track of pay?
10     A. Yes.
11     Q. You haven't maintained records of his pay
12  since that time?
13     A. No.
14     Q. You never put aside money to pay Social
15  Security or other withholding on behalf of Mr.
16  Kumara. Right?
17     A. Yes.
18     Q. Did you ever do an investigation whether
19  Mr. Kumara was an exempt or non exempt employee for
20  overtime purposes?
21     A. I knew that as a fixed salary for

4 (Pages 13 to 16)

DEPOSITION OF MEHDI NEZAM
Conducted on October 24, 2006

17

1 management, so that would be it.
2  Q. That was the extent of what you did?
3     Did you do an investigation with a lawyer
4 or anybody to determine whether you needed to pay
5 Mr. Kumara overtime for hours over 40?
6  A. No, this was no need.
7  Q. Why?
8  A. Because it was fixed salary.
9  Q. You knew he was salaried and therefore, he
10 wasn't entitled to overtime.
11     Is that your position?
12  A. Yes.
13     MR. ZIPIN: I will have a minute off the
14 record.
15     (Discussion off the record.)
16     MR. ZIPIN: No further questions.
17     MR. EMIG: No questions.
18     We will read and sign.
19     I will put our agreement on the record
20 about Mr. Kumara.
21     We scheduled Mr. Kumara's deposition for

18

1 tomorrow, October 25.
2     Mr. Kumara indicated, through counsel, he
3 would prefer to have a translater available in the
4 event he needs it. To find one, we have made
5 several calls, but at this late date, we couldn't
6 find one for tomorrow.
7     We will postpone the deposition noted for
8 tomorrow and try our best to have it set for next
9 week.
10     MR. ZIPIN: Yes, fair enough.
11     Off the record.
12     (Signature not having been waived, the
13 deposition was concluded at 12:35 p.m.)

19

1     CERTIFICATE OF NOTARY PUBLIC
2  I, JONELL EASTON, the officer before whom the
3 foregoing deposition was taken, do hereby testify
4 that the witness whose testimony appears in the
5 foregoing deposition was duly sworn by me; that the
6 testimony of said witness was taken by me
7 stenographically and thereafter reduced to
8 typewriting under my direction; that said
9 deposition is a true and accurate record of the
10 testimony given by said witness; that I am neither
11 counsel for, related to, nor employed by any of the
12 parties to the action in which this deposition was
13 taken; and further, that I am not a relative or
14 employee of any attorney or counsel employed by the
15 parties hereto nor financially or otherwise
16 interested in the outcome of the action.
17             JONELL EASTON
18
19             Notary Public

20

2     CERTIFICATE FOR READING AND SIGNING
3
4  I hereby certify that I have read and examined
5 the within transcript and the same is a true and
6 accurate record of the testimony given by me.
7     Any corrections that I feel are necessary, I
8 have listed on the separate ERRATA SHEET enclosed,
9 indicating the page and line number of each
10 correction.
11
12
13
14 _____
15 Signature of Witness,   Date