IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA, *et al.*<br>*Plaintiffs,*<br><br>v.<br><br>JAAM, Ltd. t/a<br>PARKLANE CLEANERS, *et al.*<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:   Case No.: 1:06 CV 00430 (RJL)<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF MANGELO MAWILMADA

1. I am over the age of 18 years and I am competent to testify as to the matters set forth herein.

2. In November/December of 2001, I was familiar with the Plaintiff in this case, Roshan Kumara Malalgodapitiya. I introduced him to the owners of Parklane Cleaners and recommended him for employment.

3. One of the owners, Mr. Mamdouhi, in front of me, offered a position to Mr. Malalgodapitiya at a starting salary of ~~$300.00~~ $350.00 [MM] per week. It was explained to Mr. Malalgodapitiya that he would train as a manager of the store and his salary would increase as his responsibilities grew.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THIS AFFIDAVIT ARE TRUE AND CORRECT.

_____
Mangelo Mawilmada