IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSHAN KUMARA** **MALALGODAPITIYA,** *et al.* | : |
| **Plaintiffs,** | : |
| v. | : Case No.: 1:06 CV 00430 (RJL) |
| **JAAM, Ltd. t/a** **PARKLANE CLEANERS,** *et al.* | : |
| **Defendants.** | : |

### AFFIDAVIT OF UTUH RAHARDJA PUTRA

1.  I am over the age of 18 years and I am competent to testify as to the matters set forth herein.

2.  I was employed by Parklane Cleaners from June 2004 through April of 2005. I was hired because Roshan Kumara Malalgodapitiya needed help running the store.



3.  When I started working at Parklane Cleaners, Roshan Kumara Malalgodapitiya was in charge of the store. He was responsible for dealing with customers, calling contractors for repair of the equipment, creating schedules of employees and managing the employees. If the employees were not doing their job properly, he would speak with the employees and tell them to correct the problem. He would also speak with the store owners about employees and had the authority to suggest that the employees be fired if necessary.

4.  Within a few weeks of being hired, Roshan Kumara Malalgodapitiya removed money from his pay envelope and counted it out in front of me. I recall that he

was paid in excess of $700.00 for two weeks of work. He further informed me that he received extra money every Saturday.

5. Roshan Kumara Malalgodapitiya and I worked the same hours except that he would have Wednesday afternoons off and I would have Friday afternoons off. We also had daily breaks of at least 30 minutes. He would also take additional breaks where he would leave the store for approximately 30 minutes at a time. At least once a week, he would leave the store early, at approximately 4:00 p.m. when another part time employee arrived.

6. When we started working together, I was responsible for the front desk and he would run the operations in the back.

7. After I left in April of 2005, I returned to the store to visit Roshan Kumara Malalgodapitiya approximately a month after I departed. He informed me that he received a raise and that he was earning $1,000 every two weeks.

8. While trying to obtain a green card, I received a piece of paper from the owners indicating that if I received a green card, I could work as a tailor earning $12.00 an hour. At no point during my employment did I perform work as a tailor. Therefore, I was not paid the $12.00 an hour. Roshan Kumara Malalgodapitiya was not a tailor and he was never employed as a tailor by the owners.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THIS AFFIDAVIT ARE TRUE AND CORRECT.

_____
Utuh Rahardja Putra