IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA, *et al.* | : | |
| Plaintiffs, | : | |
| v. | : | Case No.: 1:06 CV 00430 (RJL) |
| JAAM, Ltd. t/a PARKLANE CLEANERS, *et al.* | : | |
| Defendants. | : | |

### ORDER

UPON CONSIDERATION of the foregoing Plaintiffs' Motion for Partial Summary Judgment, the opposition thereto, and the record herein, it is this _____ day of _____, 200__, hereby

ORDERED, that the Plaintiffs' Motion for Partial Summary Judgment be, and the same hereby is, **DENIED.**

**SO ORDERED.**

_____
Hon. Richard J. Leon
Judge,
United States District Court for the District of Columbia

Cc:  Gerard J. Emig, Esq.
Matthew J. Focht, Esq.
GLEASON, FLYNN, EMIG
& FOGLEMAN, CHARTERED
11 North Washington Street, Suite 400
Rockville, MD 20850

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910