Form **941 for 2006:** Employer's QUARTERLY Federal Tax Return
(Rev. January 2006)    Department of the Treasury — Internal Revenue Service

990106
OMB No. 1545-0029

**(EIN) Employer identification number** [ __ __ ] – [ __ __ __ __ __ __ __ ]

**Name** (not your trade name) [_____]

**Trade name** (if any) [_____]

**Address**
[_____] [_____] [_____]
Number    Street    Suite or room number
[_____] [___] [_____]
City    State    ZIP code

**Report for this Quarter ...**
(Check one.)
- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [ ] 3: July, August, September
- [ ] 4: October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1. Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4)  **1** [_____]

2. Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . **2** [_____]

3. Total income tax withheld from wages, tips, and other compensation . . . . . . . **3** [_____]

4. If no wages, tips, and other compensation are subject to social security or Medicare tax . . [ ] Check and go to line 6.

5. Taxable social security and Medicare wages and tips:

    *Column 1*    *Column 2*

    5a Taxable social security wages   [_____] × .124 = [_____]
    5b Taxable social security tips    [_____] × .124 = [_____]
    5c Taxable Medicare wages & tips   [_____] × .029 = [_____]

    5d Total social security and Medicare taxes (*Column 2,* lines 5a + 5b + 5c = line 5d) . . **5d** [_____]

6. Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . **6** [_____]

7. TAX ADJUSTMENTS (Read the instructions for line 7 before completing lines 7a through 7h.):

    7a Current quarter's fractions of cents . . . . . . . . . . . . [_____]
    7b Current quarter's sick pay . . . . . . . . . . . . . . . [_____]
    7c Current quarter's adjustments for tips and group-term life insurance [_____]
    7d Current year's income tax withholding (attach Form 941c) . . . [_____]
    7e Prior quarters' social security and Medicare taxes (attach Form 941c) [_____]
    7f Special additions to federal income tax (attach Form 941c) . . . [_____]
    7g Special additions to social security and Medicare (attach Form 941c) [_____]

    7h TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g.) . . . . **7h** [_____]

8. Total taxes after adjustments (Combine lines 6 and 7h.) . . . . . . . . . **8** [_____]

9. Advance earned income credit (EIC) payments made to employees . . . . . . **9** [_____]

10. Total taxes after adjustment for advance EIC (line 8 – line 9 = line 10) . . . . . **10** [_____]

11. Total deposits for this quarter, including overpayment applied from a prior quarter . . **11** [_____]

12. **Balance due** (If line 10 is more than line 11, write the difference here.) . . . . . . **12** [_____]
    Make checks payable to *United States Treasury.*

13. **Overpayment** (If line 11 is more than line 10, write the difference here.) [_____]   Check one [ ] Apply to next return. [ ] Send a refund.

▶ You **MUST** fill out both pages of this form and **SIGN** it.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2006)

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
|  |  |

### Part 2: Tell us about your deposit schedule and tax liability for this quarter.

**If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see** *Pub. 15 (Circular E),* **section 11.**

14 ☐☐ Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15 **Check one:** ☐ **Line 10 is less than $2,500.** Go to Part 3.

☐ **You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month.** Then go to Part 3.

Tax liability: Month 1 ☐

Month 2 ☐

Month 3 ☐

Total liability for quarter ☐ Total must equal line 10.

☐ **You were a semiweekly schedule depositor for any part of this quarter.** Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

### Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages ☐ / ☐ / ☐ .

17 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . ☐ Check here.

### Part 4: May we speak with your third-party designee?

**Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS?** See the instructions for details.

☐ Yes. Designee's name ☐

Phone ( ☐ ) ☐ – ☐     Personal Identification Number (PIN) ☐☐☐☐☐

☐ No.

### Part 5: Sign here. You MUST fill out both sides of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

✗ Sign your name here ☐

Print name and title ☐

Date ☐ / ☐ / ☐     Phone ( ☐ ) ☐ – ☐

### Part 6: For PAID preparers only *(optional)*

Paid Preparer's Signature ☐

Firm's name ☐

Address ☐     EIN ☐

☐     ZIP code ☐

Date ☐ / ☐ / ☐     Phone ( ☐ ) ☐ – ☐     SSN/PTIN ☐

☐ Check if you are self-employed.

# Form 941-V, Payment Voucher

## Purpose of Form

Complete Form 941-V, Payment Voucher, if you are making a payment with Form 941, Employer's QUARTERLY Federal Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by a third party and make a payment with that return, please provide this payment voucher to the return preparer.

## Making Payments With Form 941

Make your payment with Form 941 **only if:**

- Your net taxes for the quarter (line 10 on Form 941) are less than $2,500 and you are paying in full with a timely filed return or
- You are a monthly schedule depositor making a payment in accordance with the Accuracy of Deposits Rule. (See section 11 of Pub. 15 (Circular E), Employer's Tax Guide, for details.) This amount may be $2,500 or more.

Otherwise, you must deposit the amount at an authorized financial institution or by electronic funds transfer. (See section 11 of Pub. 15 (Circular E) for deposit instructions.) Do not use Form 941-V to make federal tax deposits.

**Caution.** *If you pay amounts with Form 941 that should have been deposited, you may be subject to a penalty. See* Deposit Penalties *in section 11 of Pub. 15 (Circular E).*

## Specific Instructions

**Box 1—Employer identification number (EIN).** If you do not have an EIN, apply for one on Form SS-4, Application for Employer Identification Number, and write "Applied For" and the date you applied in this entry space.

**Box 2—Amount paid.** Enter the amount paid with Form 941.

**Box 3—Tax period.** Darken the capsule identifying the quarter for which the payment is made. Darken only one capsule.

**Box 4—Name and address.** Enter your name and address as shown on Form 941.

- Enclose your check or money order made payable to the "United States Treasury." Be sure also to enter your EIN, "Form 941," and the tax period on your check or money order. Do not send cash. Please do not staple Form 941-V or your payment to the return (or to each other).
- Detach Form 941-V and send it with your payment and Form 941 to the address provided in the Instructions for Form 941.

**Note.** You must also complete the entity information above Part 1 on Form 941.

---

 ▼ **Detach Here and Mail With Your Payment and Tax Return.** ▼

| Form **941-V** | Payment Voucher | OMB No. 1545-0029 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not staple or attach this voucher to your payment. | 20**06** |

**1** Enter your employer identification number (EIN).

**2** Enter the amount of your payment. ▶  Dollars | Cents

**3** Tax period
- ○ 1st Quarter
- ○ 2nd Quarter
- ○ 3rd Quarter
- ○ 4th Quarter

**4** Enter your business name (individual name if sole proprietor).

Enter your address.

Enter your city, state, and ZIP code.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle C, Employment Taxes, of the Internal Revenue Code imposes employment taxes on wages, including income tax withholding. This form is used to determine the amount of the taxes that you owe. Section 6011 requires you to provide the requested information if the tax is applicable to you. Section 6109 requires you to provide your employer identification number (EIN). If you fail to provide this information in a timely manner, you may be subject to penalties and interest.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books and records relating to a form or instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by section 6103. However, section 6103 allows or requires the IRS to disclose or give the information shown on your tax return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

The time needed to complete and file Form 941 will vary depending on individual circumstances. The estimated average time is:

| | |
|---|---|
| Recordkeeping | 12 hr., 39 min. |
| Learning about the law or the form | 40 min. |
| Preparing the form | 1 hr., 49 min. |
| Copying, assembling, and sending the form to the IRS | 16 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 941 simpler, we would be happy to hear from you. You can write to: Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. **Do not** send Form 941 to this address. Instead, see *Where Should You File?* on page 4 of the Instructions for Form 941.

*Printed on recycled paper*