DEPOSITION OF MEHDI NEZAM
Conducted on October 24, 2006

14

1      Are you in agreement with what he
2 testified to?
3      A.   Yes.
4      Q.   Why was Mr. Kumara paid in cash rather
5 than a payroll check?
6      A.   Because he didn't have no Social Security
7 papers so we can write the check.
8      Q.   Were there other employees that had Social
9 Security numbers that were also paid in cash?
10     A.   No.
11     Q.   Were other ones paid in cash for overtime
12 as you testified?
13     A.   No.
14     Q.   You said people got overtime?
15     A.   All got checks.
16     Q.   Other than --- every other employee got a
17 payroll check?
18     A.   With the exception of one or two who did
19 not have Social Security numbers.
20     Q.   Is it your testimony every other employee
21 with the exception of overtime, you told me every