1    A.    Most of the time, when he was in charge of
2 the store, I don't remember the dates exactly.
3    Q.    How do you know what hours Kumara actually
4 worked if you weren't there except 45 minutes?
5    A.    We went on what he told us and there he
6 was and sometimes he wrote his own name in the
7 schedule, the time when he came, what day it was.
8    Q.    Do you have copies of records where he
9 wrote his own name with any time?
10    A.    I don't because we don't keep, I might be
11 able to find it, might, I don't know, but ---
12    Q.    Other than his own records for some time
13 he worked, as you indicated, there were no time
14 records that would indicate his time worked?
15    A.    No.
16    Q.    Why is that?
17    A.    Because I didn't think it was a necessity
18 to do that because he was a guy --- that entire
19 time his schedule was known and he was the one to
20 come and go, I wouldn't really question him about
21 his time.

1      And the thing he was, you know, coming at
2 certain times and he was telling me what time he
3 leaves, I went by what he told me all the time.  I
4 didn't have to keep him to know exactly every day
5 because he wasn't an employee like everybody else
6 because he was in charge.
7      Q.   You didn't keep records because he told
8 you and you knew his schedule?
9      A.   Yeah, because when I called him or I
10 called the store, he was there.  There was no
11 reason for me to write his time every day.
12     Q.   The time he was working the same schedule
13 you said 7:00 to 7:00 Monday through Friday expect
14 Wednesday and 8:00 to 6:00 Saturday?
15     A.   Correct and lunch break, and he was
16 leaving early some afternoons, he calls he
17 sometimes and not sometimes but he left on a
18 regular basis as one of his coworkers mentioned in
19 the affidavit.
20     Q.   Who?
21     A.   Mr. Ute.

1 out after, you know, called by D.C. pay wages
2 department.
3   Q.   You are saying now you need to keep track
4 of employees who are hourly?
5   A.   Yes.
6   Q.   Do you need to keep payroll records, as
7 well?
8   A.   Yes.
9   Q.   For all employees?
10  A.   Correct.
11  Q.   When did you first became aware you needed
12 to keep payroll records?
13  A.   Yes, when I talked to Ms. Price in D.C.
14 government.
15  Q.   You are saying for 20 years or so you
16 didn't know you had to keep payroll records?
17  A.   Payroll records, we kept payroll company
18 also, have all the forms, but not daily, hourly,
19 what time to what time for two, three years ago,
20 payroll records we always kept.
21  Q.   Were there other employees beside Kumara

1 who were paid in cash?

2          MR. EMIG:  Objection.  You can answer.

3          THE WITNESS:  There were one or two before

4 that, yes, if I recall.

5          BY MR. ZIPIN:

6     Q.   Who were they?

7     A.   One of them was Ortega, I don't remember

8 the name, his girlfriend or wife, they were telling

9 me was his wife.

10    Q.   Ortega?

11    A.   I thought it was.

12    Q.   What was her position with the company?

13    A.   She was presser, shirt presser.

14    Q.   Why was it that Ortega was paid in cash?

15    A.   Same situation, she did not have the

16 paperwork and no Social Security.

17    Q.   You said there might have been another

18 person who was paid in cash?

19    A.   I don't remember who exactly it was, in

20 all these years, might have been, yeah.

21    Q.   So the other person you are thinking of

1   you can't remember specifics, was also the same
2   thing, someone without a Social Security number?
3       A.   Must have been, I don't remember.
4       Q.   Was there any other reason why you paid
5   someone in cash and not a payroll check?
6       A.   Must have been their request, either they
7   didn't have it or just had some issues, as far as,
8   I can't say there was any other reason.
9       Q.   You mentioned Ute a few minutes ago.
10          When was Ute hired?
11      A.   I think it was in June of 2004.
12      Q.   What was Ute's position?
13      A.   He came to help Kumara, to get some of his
14  duties away from him because he was telling me he
15  had too many things to do.
16      Q.   So did he have a job title?
17      A.   Manager in front, dealing with customer
18  basically, mostly.
19      Q.   So from June of 2004, how long did Ute
20  work for you?
21      A.   April of 2005.