**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA :<br>:<br>*On Behalf of Himself and* :<br>*All Others Similarly Situated* :<br>:<br>  Plaintiff, :<br>:<br>  v. :<br>:<br>JAAM, LTD. :<br>t/a PARKLANE CLEANERS, *et al*. :<br>:<br>  Defendants. : | Case No.: RJL-CV-06-430 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to this matter, by and through their respective counsel, and pursuant to Local Civ.R.16.3(d), hereby move this Honorable Court for entry of an order amending the scheduling order to extend Plaintiff's Reply to Defendants' Opposition of Plaintiff's Motion for Partial Summary Judgment; and to extend Defendant's Reply to Plaintiff's Opposition of Defendant's Motion for a Protective Order. In support of their motion, the parties hereby submit the following points and authorities, stating as follows:

1. On December 8, 2006, Plaintiff filed a Motion for Partial Summary Judgment as to Defendants' liability only.  On December 19, 2006, Defendants timely filed its Opposition.

2. Plaintiff's Reply is due on Wednesday, December 27, 2006.  Defense Counsel, Gerard J. Emig, Esquire, has graciously consented to an extension of time to Wednesday, January 3, 2007.

3. On November 20, 2006, Plaintiff propounded a Second Request for Production of

Documents to Defendant asking for Defendant JAAM's tax records.  On December 14, 2006, Defendant filed a Motion for a Protective Order.

4. Plaintiff timely filed his Opposition on December 20, 2006.

5. Defendant's Reply is due on Thursday, December 28, 2006.  Plaintiff's Counsel, Steven E. Kaplan, Esquire, has graciously consented to an extension of time to Thursday, January 4, 2007.

6. The relief sought herein is in the interest of justice and will promote judicial economy in that it will afford the parties to this matter sufficient time to complete the preparation of their respective claims and defenses.

7. The relief sought herein is within the inherent powers of the Court.

WHEREFORE, the parties hereby jointly move this Honorable Court for an entry of order extending Plaintiff's Reply to Defendants' Opposition of Plaintiff's Motion for Partial Summary Judgment through and including January 3, 2007; and Defendant's Reply to Plaintiff's Opposition of Defendant's Motion for a Protective Order through and including January 4, 2007.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No. 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
pzipin@zipinlaw.com

*Counsel for Plaintiff*

_____/s/_____
Gerard J. Emig, #973609
Matthew J. Focht, #480906

11 North Washington Street
Suite 400
Rockville, MD 20850
(301) 294-2110 (p)
(301) 294-0737 (f)
gemig@gleason-law.com

*Counsel for Defendants*