IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA : | |
| *On Behalf of Himself and* : | |
| *All Others Similarly Situated* : | |
| Plaintiff, : | |
| v. : | Case No.: RJL-CV-06-430 |
| JAAM, LTD. : | |
| t/a PARKLANE CLEANERS, *et al*. : | |
| Defendants. : | |

**ORDER**

UPON CONSIDERATION of the foregoing Joint Motion to Amend Scheduling Order, and the record herein, it is ____day of _____, 200__, it is hereby

**ORDERED**, that the Joint Motion to Amend Scheduling Order be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that that Plaintiff may file his Reply to Defendants' Opposition of Plaintiff's Motion for Partial Summary Judgment through and including January 3, 2007; it is further

**ORDERED**, that Defendant may file its Reply to Plaintiff's Opposition of Defendant's Motion for a Protective Order through and including January 4, 2007.

_____
The Honorable Judge Richard J. Leon,
U.S. District Court for the District of Columbia