UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROSHAN KUMARA                )
MALALGODAPITIYA             )
                             )
         Plaintiff,          )
                             )     Civ. Action No. 06-430 (RJL)
    v.                       )
                             )
JAAM, LTD., t/a PARKLANE     )
CLEANERS, *et al.*,          )
                             )
         Defendant.          )

## ORDER

Upon consideration of Plaintiff's Motion to Facilitate Identification and Notification of Similarly Situated Employees, and the Opposition thereto, it is this 6th day of January 2007, hereby

**ORDERED,** that Plaintiff's Motion to Facilitate Identification and Notification of Similarly Situated Employees is GRANTED; and it is further

**ORDERED,** that Defendants shall, within thirty (30) days of the entry of this Order, provide Plaintiff's counsel with a list of the full name, last known residential address, residential phone number, work address, work phone number, date of birth, social security number, and, to the extent possible, the e-mail address of each and every employee, former or current, who was employed, and paid an hourly wage, by Defendants at any of its dry cleaning facilities in the District of Columbia and Maryland at any time since May 2003; and it is further

**ORDERED,** that the parties shall, within thirty (30) days of the entry of this Order, submit a joint proposed "Important Notice" for future use by Plaintiff in notifying the class of potential plaintiffs.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge