# THE ZIPIN LAW FIRM LLC
### ATTORNEYS AT LAW

PHILIP B. ZIPIN*
STEVEN E. KAPLAN*

*ALSO LICENSED
IN WASHINGTON D.C.

8403 COLESVILLE ROAD
SUITE 610
SILVER SPRING, MARYLAND 20910
WWW.ZIPINLAW.COM

TELEPHONE (301) 587-9373
FACSIMILE (301) 587-9397

ALDO TERRAZAS⁺
OF COUNSEL

⁺LICENSED IN MINNESOTA

February 7, 2007

<u>Via E-Filing</u>
The Honorable Judge Richard J. Leon
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:   *Kumara v. JAAM, Ltd. t/a Parklane Cleaners, et al.*
             Civil Case No.: 06-430 (RJL)

Dear Judge Leon:

On January 8, 2006, you granted Plaintiff Kumara's Motion to Facilitate Identification and Notification of Similarly Situated Employees. Pursuant to your Order, the parties are submitting the attached joint proposed "Important Notice" for your signature.

Please let me know if anything else is needed.

Very truly yours,

Philip B. Zipin

Enclosure

Cc:   Via E-File
       Gerard J. Emig
       Gleason, Flynn, Emig & Fogleman, Chartered
       11 North Washington Street, Suite 400
       Rockville, MD 20850