**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA : | |
| : | |
| *On Behalf of Himself and* : | |
| *All Others Similarly Situated* : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: RJL-CV-06-430 |
| : | |
| JAAM, LTD. : | |
| t/a PARKLANE CLEANERS, *et al*. : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S FEBRUARY 22, 2007 NOTICE OF FILING CONSENT**

On February 22, 2007, the following person filed his Notice of Consent:

1.   Oscar Pleitoz

                                              Respectfully submitted,

                                              _____/s/_____
                                              Philip B. Zipin, Bar No.: 03932
                                              Steven E. Kaplan.: 492408
                                              The Zipin Law Firm, LLC
                                              8403 Colesville Road, Suite 610
                                              Silver Spring, MD 20910
                                              (301) 587-9373
                                              (301) 587-9397 (fax)
                                              pzipin@zipinlaw.com
                                              skaplan@zipinlaw.com

                                              Counsel for Plaintiffs
                                              _____/s/_____