IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSHAN KUMARA MALALGODAPITIYA            :
                                         :
*On Behalf of Himself and*               :
*All Others Similarly Situated*          :
                                         :
        Plaintiff,                       :
                                         :
            v.                           :   Case No.: RJL-CV-06-430
                                         :
JAAM, LTD.                               :
t/a PARKLANE CLEANERS, *et al*.          :
                                         :
        Defendants.                      :

## CONSENT TO JOIN LAWSUIT

    I work(ed) at the Parklawn or Parklane Dry Cleaning Stores and want to be part of this lawsuit to collect unpaid overtime wages. I understand that by signing this "Consent to Join Lawsuit," I am bound by the terms of the Retainer Agreement signed by Plaintiff Roshan Kumara Malalgodapitiya with his attorneys. I also designate Plaintiff Roshan Kumara Malalgodapitiya to serve as my representatives for conducting this lawsuit, including the selection and compensation of our attorneys, as well as for the negotiation of any settlement.

*OSCAR Pleitez*
Full Legal Name (please print clearly)

*339 Crittenden St NW*
Street Address

*Washington D.C. 20011*
City, State, Zip Code

*202-378-4698*
Telephone Number        E-Mail Address

*Oscar Pleitez*
Signature

*2-21-07*
Date