**FILED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROSHAN KUMARA                    :
MALALGODAPITIYA, *et al.*        :
                                 :
    **Plaintiffs,**             :
                                 :
**v.**                           :      **Case No.: 1:06 CV 00430 (RJL)**
                                 :
JAAM, Ltd. t/a                   :
PARKLANE CLEANERS, *et al.*      :
                                 :
    **Defendants.**             :

**ORDER**

**UPON CONSIDERATION** of the foregoing Defendants' Motion for Protective Order, the opposition thereto, and the record herein, it is this ____ day of _____, 2006, hereby

**ORDERED,** that the Defendants' Motion for Protective Order is hereby GRANTED; and it is

**FURTHER ORDERED** that the Defendants are hereby relieved of their obligation under the rules of this Court to produce copies of Defendant JAAM, Ltd.'s 2003, 2004, 2005, and 2006 federal and state tax returns;

    **SO ORDERED.**

Hon. Richard J. Leon
Judge,
United States District Court for the District of
Columbia

Cc:    Gerard J. Emig, Esq.
      Matthew J. Focht, Esq.
      GLEASON, FLYNN, EMIG
      & FOGLEMAN, CHARTERED
      11 North Washington Street, Suite 400
      Rockville, MD 20850


      Philip B. Zipin, Esq.
      The Zipin Law Firm, LLC
      8403 Colesville Road, Suite 610
      Silver Spring, MD 20910