# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA : | |
| : | |
| *On Behalf of Himself and* : | |
| *All Others Similarly Situated* : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: RJL-CV-06-430 |
| : | |
| JAAM, LTD. : | |
| t/a PARKLANE CLEANERS, *et al*. : | |
| : | |
| Defendants. : | |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, pursuant to this Court's Order dated August 21, 2007 hereby submit their joint status report.

Discovery has been completed and dispositive motions have been resolved. The parties believe that the case would benefit from ADR at this stage. The parties request that the Court assign this case for mediation through the Court's mediation program, and that the parties be given a reasonable period of time within which to conclude the mediation, at which time the parties would file a further status report. At the time of the further status report, if the matter has not resolved, the parties believe that it would be appropriate to address issues regarding the pretrial conference and trial.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No. 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email:     pzipin@zipinlaw.com

*Counsel for Plaintiff*

_____/s/_____
Gerard J. Emig, Bar No. 973609
Matthew J. Focht, Bar No. 480906
Gleason, Flynn, Emig & Fogelman, Chtd.
11 North Washington Street, Suite 400
Rockville, Maryland 20850
Phone: 301-294-2110
Email:     gemig@gleason-law.com
           mfocht@gleason-law.com

*Counsel for Defendants*