**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Case No.: RJL-CV-06-430 |
| * | |
| JAAM, LTD. * | |
| t/a PARKLANE CLEANERS, *et al*. * | |
| * | |
| Defendants. * | |

*******************************************************************************

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, pursuant to this Court's Order dated February 2, 2008 hereby submit their Joint Status Report.

Discovery has been completed and dispositive motions have been resolved. Pursuant to the parties' request, ADR has been attempted but was unsuccessful. At this time, the parties believe that it would be appropriate for this Court to set a date for a pretrial conference and trial.

Respectfully submitted,


_____/s/_____
Philip B. Zipin, Bar No. 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email:     pzipin@zipinlaw.com


*Counsel for Plaintiff*


_____/s/_____
Gerard J. Emig, Bar No. 973609
Matthew J. Focht, Bar No. 480906
Gleason, Flynn, Emig & Fogelman, Chtd.
11 North Washington Street, Suite 400
Rockville, Maryland 20850
Phone: 301-294-2110
Email:     gemig@gleason-law.com
           mfocht@gleason-law.com

*Counsel for Defendants*