IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : | |
| | : | |
| *On Behalf of Himself and* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: RJL-CV-06-430 |
| | : | |
| JAAM, LTD. | : | |
| t/a PARKLANE CLEANERS, *et al*. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO QUASH DEPOSITION SUBPOENA**

Plaintiff Roshan Kumara Malalgodapitiya ("Plaintiff") by and through his attorneys, Philip B. Zipin and The Zipin Law Firm, LLC, hereby files a Motion to Quash the Deposition Subpoena served by Defendants JAAM, LTD, *et al*. ("Defendants") on the U.S. Citizenship and Immigration Services ("CIS"). For reasons more fully set forth in the accompanying Memorandum of Points and Authorities, the Deposition Subpoena is improper and should be quashed.

Undersigned counsel requested that Defendants consent to this Motion or withdraw their Subpoena but Defendants, through their counsel, Gerard Emig, Esq., in a telephone conversation on May 27, 2008, declined to do so.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court QUASH Defendant's Deposition Subpoena to CIS.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No.: 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-9373
pzipin@zipinlaw.com
Counsel for Plaintiff
