**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : | |
| | : | |
| *On Behalf of Himself and* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: RJL-CV-06-430 |
| | : | |
| JAAM, LTD. | : | |
| t/a PARKLANE CLEANERS, *et al*. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiff having moved this Honorable Court to quash the deposition subpoena *duces tecum* served by Defendants JAAM, LTD, *et al*. on the U.S. Citizenship and Immigration Services, and the Court finding the Motion to be meritorious, it is hereby, this _____ day of _____,

ORDERED, that the Motion hereby is GRANTED. And it is further

ORDERED, that the U.S. Citizenship and Immigration Services shall not be required to respond to the subpoena served upon it by Defendants.

_____
Judge, United States District Court for
the District of Columbia

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910

Gerard J. Emig, Esq.
Matthew J. Focht, Esq.
Gleason, Flynn, Emig & Fogelman, Chtd.
11 North Washington Street, Suite 400
Rockville, Maryland 20850