1

1          IN THE UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF COLUMBIA
3  - - - - - - - - - - - - - - - - x
                                   :
4  ROSHAN KUMARA MALALGODAPITIYA,  :    ORIGINAL
                                   :
5  et al.,                         :
                                   :
6          Plaintiffs              :
                                   :
7          V.                      :  Case No.
                                   :
8  JAAM, LTD., t/a  PARKLANE       :  1:06CV00430 (RJL)
                                   :
9  CLEANERS, et al.,               :
                                   :
10         Defendants              :
                                   :
11 - - - - - - - - - - - - - - - - x
12
13      Deposition of ROSHAN KUMARA MALALGODAPITIYA
14             Washington, D.C.
15         Thursday, November 16, 2006
16                 9:46 a.m.
17
18 Job No.: 2-90771
19 Pages 1 - 63                          DEC - 1 2006
20 Reported by:  Jane L. Vaughan
21
22


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

2

1          Deposition of ROSHAN KUMARA

2  MALALGODAPITIYA, held at the office of:

3

4          L.A.D. Reporting Company, Inc.

5          Suite 850

6          1100 Connecticut Avenue, Northwest

7          Washington, D.C.  20036

8          (202) 861-3410

9

10          Pursuant to notice, before Jane L.

11  Vaughan, Registered Professional Reporter and Notary

12  Public of the District of Columbia.

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

3

1                A P P E A R A N C E S

2

3        ON BEHALF OF THE PLAINTIFFS:

4            STEVEN E. KAPLAN, ESQUIRE

5            The Zipin Law Firm, LLC

6            Suite 610

7            8403 Colesville Road

8            Silver Spring, Maryland  20910

9            301-587-9373

10

11       ON BEHALF OF THE DEFENDANTS:

12           GERARD J. EMIG, ESQUIRE

13           Gleason, Flynn, Emig & Fogleman,

14           Chartered

15           Suite 400

16           11 North Washington Street

17           Rockville, Maryland  20850

18           301-294-2110

19

20       Also Present:  Milan L. Lin-Rodrigo, Interpreter

21                      Matthew Nezam

22                      Fred Mamdouhi

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

4

1                    C O N T E N T S

2    EXAMINATION OF ROSHAN KUMARA MALALGODAPITIYA        PAGE

3        By Mr. Emig                                     5

4

5                     E X H I B I T S

6                  (Retained by counsel.)

7    DEPOSITION EXHIBIT                                  PAGE

8        1     Notebook                                  24

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

11

1      A.    I never received anything like that.

2      Q.    Did you ever get any information back from

3  the bank about --

4      A.    Every month I get a report from the bank.

5      Q.    Do you still have these reports from Bank of

6  America?

7      A.    Yes, I have them.  I don't have them here.

8      Q.    Do you still have those reports from Chevy

9  Chase Bank?

10     A.    Yes, I do.

11     Q.    What is your legal status?

12     A.    I came here to work as a volunteer in the

13  Hawaii Navy bases.  After 911 I did island call.

14  People like us, we were hired with terminator.  They

15  closed the island.

16          THE INTERPRETER:  The island closed, that's

17  what he said.

18          BY MR. EMIG:

19     Q.    I will get to your background but I want to

20  know what is your legal status now?

21     A.    I have my social security and work permit

22  right now.

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

12

1     Q.    When did you get a work permit?

2     A.    Can I look into my papers?

3     Q.    Certainly.

4            MR. KAPLAN:  What was the question?

5            THE INTERPRETER:   Work permit, when he

6     received the work permit.

7            MR. KAPLAN:  You just want him to read the

8     date?

9            MR. EMIG:  If I can just see the card it

10    might move things along.

11           MR. KAPLAN:  (Complies.)

12           MR. EMIG:  Thanks.

13           THE INTERPRETER:  It's in English.  So you

14    don't need translation.

15           MR. EMIG:  (Perusing.)

16           Thank you.

17           BY MR. EMIG:

18    Q.    How did you get your work permit?

19    A.    Last year in December there was a rule for

20    people for temporary -- for the people who were -- for

21    the senior people or for the people who were earlier

22    could ask for this permit, a temporary permit

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

13

1    within -- they gave it to us in December.  We had 30

2    days to apply for it.

3            So I gave my -- all the work, information

4    from the old job and got this stay.  Until they

5    investigate they gave this temporary card to me.

6        Q.    Did you have to file affidavits saying how

7    long you had been in the country?

8        A.    Yes, I had to.

9        Q.    How many affidavits did you give?

10       A.    I have visa given to me from this

11   government.

12       Q.    What I am asking is when you applied for

13   your work permit did you have to give them affidavits

14   from other people saying how long you had been in the

15   country?

16       A.    Yes, I did.

17       Q.    Who wrote the affidavits for you?

18       A.    I promised to provide them but I didn't give

19   them.

20       Q.    Who signed affidavits for you?

21       A.    Not yet.

22       Q.    Has anybody signed affidavits for you?

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

14

1      A.    This is a temporary thing.  So when the

2  interview was held, when they ask for it then I have

3  to.  So far I don't have anything.

4      Q.    Have you asked anyone to sign affidavits for

5  you?

6      A.    So in the meantime I have this problem

7  here.  This is not a legal problem.  This problem is

8  for not paying salary.

9      Q.    I don't care about that.

10         Have you asked anybody to sign affidavits

11  for you?

12         THE WITNESS:  (In English, question not

13  translated.)

14         How can he get the names?

15         MR. KAPLAN:  He can ask these questions.

16  Just be honest with him.

17         THE WITNESS:  I have somebody who can sign

18  for me but I have not done it yet.

19         MR. KAPLAN:  Let's have a continuing

20  objection just to relevance.

21         MR. EMIG:  Certainly.

22         BY MR. EMIG:

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

15

1    Q.    Who did you ask?

2    A.    I have somebody in my mind but I haven't

3    asked that person yet.

4    Q.    Who are you thinking of?

5    A.    I don't know.  There are several people.  I

6    don't know which one will sign it.

7    Q.    I can play this game all day.

8          Who are you thinking of?

9    A.    I have many people who are old friends.  So

10   I don't know which one will give me the -- I have more

11   documents than -- important than affidavits with me.

12   Q.    What do you mean by that?

13   A.    The government visa given to me and all

14   the -- I have traveled many times.  So I have the

15   necessary legal documents.

16   Q.    What are you going to do when your work

17   permit expires?

18   A.    I expect immigration to have an interview

19   before it takes place.

20   Q.    Do you have a lawyer representing you?

21   A.    Yes, I do.

22   Q.    Who is your lawyer?

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

16

1      A.   It's a lawyer in New York.

2      Q.   What's his name?

3      A.   Chitra de Mel.

4           THE INTERPRETER:  Chitra, C-H-I-T-R-A  D-E

5  in small letters I believe, Mel, M-E-L.  De Mel is the

6  last name.

7           BY MR. EMIG:

8      Q.   Why do you have a lawyer in New York?

9           MR. KAPLAN:  Objection; relevance.

10          BY MR. EMIG:

11     Q.   You can answer.

12     A.   I need a Sinhalese speaking lawyer.  So

13 there was one here and I am not very sure of that

14 person.

15     Q.   Did Mr. Besnayke, B-E-S-N-A-Y-K-E, speak

16 your language?

17     A.   He was my previous lawyer.

18     Q.   Did he speak your language?

19     A.   Yes.  These other people who got that lawyer

20 for me.

21     Q.   Have you filed federal income tax returns in

22 the last six years?

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

17

1     A.    No, I have not paid tax.

2     Q.    Why not?

3     A.    When I was the volunteer that was not

4  necessary.  The compensation went to us.  We were

5  not -- we were not supposed to pay tax.

6           After that these people told me they will

7  get a tax number for me but I didn't get it.

8     Q.    Is that why you didn't filed federal income

9  tax returns?

10    A.    Yes.  I was -- I have been waiting for that

11 number to come.

12    Q.    You have one now; don't you?

13    A.    Yes, now I have social security number.

14    Q.    Have you filed late income tax returns for

15 the years 2002 through 2005 now that you have a

16 number?

17    A.    No, I don't.  I don't but I haven't -- but I

18 am hoping to do that.

19    Q.    When are you going to do that?

20    A.    It's not even a year yet since I got it.  So

21 I hope I can pay it within a year.

22    Q.    Is it your testimony today that you intend

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

18

1  to file federal income tax returns for 2002 through

2  2005 within the next year?

3          THE INTERPRETER:   What was the question?

4          MR. EMIG:  Yes, ma'am.  I will repeat it.

5          BY MR. EMIG:

6     Q.   Is it your testimony today that it is your

7  intent to file federal income tax returns for the

8  years 2002 through 2005 within the next 12 months?

9     A.   I don't think I will have to pay all the

10 that time.

11    Q.   My question was though are you going to file

12 returns?

13    A.   Yes.  I have to consult a lawyer and do it.

14    Q.   When are you going to do that?

15    A.   Whenever I have enough money.

16    Q.   Are you working right now?

17    A.   Yes.

18    Q.   For whom?

19    A.   I just do odd jobs, handyman jobs.  I paint

20 homes or whatever job is available.

21    Q.   Are you paid in cash?

22    A.   Some give cash.  Some give checks.

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

19

1     Q.    Since April of 2006 have you paid any money

2     to the federal government, any withholdings from your

3     earnings for income tax?

4     A.    No.

5     Q.    Is it your understanding that by virtue of

6     the fact that you now have a social security number

7     you are obligated under law to report your income to

8     the federal government?

9          THE INTERPRETER:    So is it a question or a

10    statement?

11         BY MR. EMIG:

12    Q.    So is that your understanding?

13         MR. KAPLAN:   Can you repeat the question?

14         BY MR. EMIG:

15    Q.    Is it your understanding that you are

16    obligated by federal law by virtue of the fact that

17    you now have a social security number to report your

18    income and to withhold money for federal taxes?

19    A.    Yes, I understand.   Yes.

20    Q.    Why aren't you doing it?

21    A.    One thing I don't have enough money right

22    now.  And the second is I believe that I still have

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

20

1   time to do that.

2        Q.   Are you going to file a tax return for 2006?

3        A.   Yes.  I have to consult a tax consultant and

4   find out what the best way to do it.

5        Q.   When are you going to do that?

6        A.   I don't have a special date yet.

7        Q.   Do you have a driver's license?

8        A.   Yes.

9        Q.   From which jurisdiction?

10       A.   Maryland.

11       Q.   When did you get a Maryland driver's

12   license?

13       A.   6/1/2005.

14       Q.   What is your educational background?

15       A.   I have studied up to ordinary level.

16            THE INTERPRETER:  Need me to explain?

17            BY MR. EMIG:

18       Q.   Do you have a high school --

19            THE INTERPRETER:   That is equivalent I

20   think junior high.

21            THE WITNESS:  I also don't know because I

22   didn't get the education here.

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

49

1      A.   I don't know what it is in English.  I don't

2   know what it is.

3      Q.   If you could take a look at page 48.

4      A.   (Complies.)

5      Q.   Have you ever seen this form before?

6      A.   I don't remember where.

7      Q.   Did you file a complaint a day after you

8   were fired?

9      A.   Yes.  I did that in the labor department.

10     Q.   If you could take a look at page 143.

11     A.   (Complies.)

12     Q.   This is actually a letter written by Doreen,

13  Mani's wife.

14          Do you recall seeing this when you were at

15  the office of worker's compensation -- at the

16  department of employment services?

17     A.   She showed me a letter but I don't know if

18  it is exactly the same letter because my English was

19  not good to know about it.

20     Q.   Why did you stop working with Mr. Besnayke

21  to try to obtain a green card?

22          MR. KAPLAN:  Objection to any privilege that

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

50

1    may be coming up.

2          MR. EMIG:  Do you want to talk with him

3    before?

4          MR. KAPLAN:  Yes.  Can you just give us a

5    quick second?

6          MR. EMIG:  That's fine.

7          (A recess was taken.)

8          BY MR. EMIG:

9    Q.    Sir, you had an opportunity to speak with

10   your attorney with the assistance of a translator.

11          I will ask the question again so your

12   attorney has the opportunity to instruct you.

13          Why did you stop working with Mr. Besnayke?

14   A.    I did not stop.

15   Q.    Is he still your immigration lawyer?

16   A.    First time I work with him to get the work

17   permit under these people but when I was -- I was

18   sacked from the job there is no -- there is nobody to

19   sponsor.  There is nobody to sign it.  So I can't work

20   with him.

21   Q.    If you could look at page 23 again.

22   A.    (Complies.)

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

51

1          Q.    Mr. Besnayke is the one who prepared this

2     form; did he not?

3                 MR. KAPLAN:   Objection.

4                 To his knowledge.

5                 THE WITNESS:   I don't know.

6                 BY MR. EMIG:

7          Q.    Well, if you look at the bottom it says

8     experience for the job offered.   There is two years

9     written at the bottom left-hand corner.

10                MR. KAPLAN:   Page 23?

11                MR. EMIG:   Page 23.

12                THE INTERPRETER:   What does it say?

13                BY MR. EMIG:

14         Q.    It says two years experience for the job

15    offered.

16                Do you see that?

17                THE INTERPRETER:   Two years experience for

18    the job offered.

19                What, was it necessary?

20                BY MR. EMIG:

21         Q.    Well, did you tell Mr. Besnayke that you had

22    two years of experience as a tailor?

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

52

1          MR. KAPLAN:  Objection; privileged.

2          BY MR. EMIG:

3      Q.    Well, have you ever told anybody that you

4    have two years experience working as a tailor?

5      A.    No.

6      Q.    Do you know a woman named Aneke?

7          THE INTERPRETER:  Aneke.

8          THE WITNESS:  Yes, I know Aneke.

9          BY MR. EMIG:

10     Q.    Did you have conversations with her about

11   obtaining a driver's license?

12     A.    Yes, I did.

13     Q.    What did you talk to Aneke about?

14     A.    I asked her about all the details about how

15   to obtain a driver's license.

16     Q.    Did you ever pay somebody $300 to get you a

17   license in the District of Columbia?

18     A.    No.

19     Q.    Did you ever talk to somebody about --

20     A.    (In English, question not translated.)

21          No.

22     Q.    Let me finish the question -- about paying

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

53

1    money to get a D.C. license?

2        A.    No.

3        Q.    Did you ever talk to somebody about paying

4    money to get a Virginia driver's license?

5        A.    No.

6        Q.    Did you ever ask someone to sign a false

7    affidavit attesting to the number of years you have

8    lived in this country?

9        A.    No.

10       Q.    I will try not to repeat myself but I want

11   to be very specific on these questions.

12           THE INTERPRETER:  He was laughing.

13           There was nothing to say.  What can I do.

14           MR. EMIG:  Well, I haven't asked the

15   questions yet.

16           BY MR. EMIG:

17       Q.    During the time you worked at Parklane

18   Cleaners did you ever try to obtain a driver's license

19   through any means that were not legal?

20       A.    No.

21       Q.    If people signed affidavits under oath

22   saying that you did, you would consider those people

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

54

1    to be liars as well?

2        A.   Yes.   That is wrong.

3        Q.   If people reported such activity to law

4    enforcement authorities they would be making false

5    reports?

6            MR. KAPLAN:   Mr. Emig, could you sit back in

7    your chair.  This could be a form of intimidation.

8            Is it a problem?

9            MR. EMIG:   I assure you I am not going to

10   leave this chair.

11           MR. KAPLAN:   That --

12           MR. EMIG:   I can promise you I am not going

13   to leave the chair.

14           MR. KAPLAN:   Not leave the chair but the way

15   you are leaning --

16           BY MR. EMIG:

17       Q.   Do you feel intimidated?

18       A.   No.  That's okay.

19           THE INTERPRETER:   I forgot what he said.

20           THE WITNESS:   No, I did not -- I don't have

21   a license I obtained through illegal means.  So why

22   should I do that.

DEPOSITION OF ROSHAN KUMARA MALALGODAPITIYA
CONDUCTED ON THURSDAY, NOVEMBER 16, 2006

55

1          BY MR. EMIG:

2          Q.    Similarly if someone were to say that you

3     asked them to sign false affidavits they would be

4     lying?

5          A.    Yes, I consider they lied.

6          Q.    Have you talked to any other employees of

7     Parklane about making a claim for unpaid wages?

8          A.    I did not talk to them personally.  When

9     I -- after I informed the labor department, labor

10    department took the names from me and they must have

11    informed them.  Then two of the people called me

12    personally and told me that they will help me.

13         Q.    Who called you?

14         A.    Ortega and Becky.

15         Q.    Anyone else?

16         A.    No, nobody else.

17         Q.    Did you ever go to Parklane Cleaners and ask

18    for addresses of their employees?

19         A.    No.  After I left there I never went there.

20              MR. EMIG:  I am almost finished.  Why don't

21    we take a five-minute break.

22              (A recess was taken.)