**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROSHAN KUMARA** | : | |
| **MALALGODAPITIYA,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Case No.: 1:06 CV 00430 (RJL)** |
| | : | |
| **JAAM, Ltd. t/a** | : | |
| **PARKLANE CLEANERS,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

**UPON CONSIDERATION** of the foregoing Plaintiff's Motion to Quash Deposition Subpoena, the opposition thereto, and the record herein, it is this _____ day of June, 2008, hereby

**ORDERED,** that the Plaintiff's Motion to Quash Deposition Subpoena, and the same hereby is, **DENIED.**

**SO ORDERED.**

_____
Hon. Richard J. Leon
Judge,
United States District Court for the District of
Columbia

Cc:    Gerard J. Emig, Esq.
       Matthew J. Focht, Esq.
       GLEASON, FLYNN, EMIG
       & FOGLEMAN, CHARTERED
       11 North Washington Street, Suite 400
       Rockville, MD 20850

Philip B. Zipin, Esq.
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910