IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

ROSHAN KUMARA MALALGODAPITIYA    x   Case No. 1:06

On Behalf of Himself and         x

All Others Similarly Situated    x   CV 00430 (RJL)

          Plaintiff,            x

             v.                    x

JAAM, LTD.                       x

t/a PARKLANE CLEANERS, et al.,   x

         Defendants.            x

------------------------------------x

                   Tuesday, October 24, 2006

                   Silver Spring, Maryland

The deposition of FARAMARZ MAMDOUHI called for examination by counsel for Plaintiffs in the above-titled matter, pursuant to notice, at The Zipin Law Firm, 8403 Colesville Road, Silver Spring, Maryland, before Jonell Easton, notary public at 10:00 a.m., when were present on behalf of respective parties:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF FARAMARZ MAMDOUHI
Conducted on October 24, 2006

23

1   Parklane?

2   A.   Put a note that he did and we would take
3   it out from his pay.

4   Q.   He would put in a note?

5   A.   In I am not mistaken, once or twice, yeah.

6   Q.   Do you have copies of any of those notes?

7   A.   No, I don't.

8   Q.   He was always paid in cash?

9   A.   Correct.

10  Q.   Why wasn't he paid with a check?

11  A.   Because he was, did not have Social
12  Security and proper paperwork, a few times, I asked
13  him to get it, he could not get it and that is why
14  we end up paying him cash.

15  Q.   Why did you hire someone who didn't have
16  proper paperwork and a Social Security card?

17  A.   He needed help and I was trying to be
18  helpful to him because he was really in a situation
19  he needed help.

20  Q.   You could pay him less than he would have
21  made if he had had a Social Security card?

DEPOSITION OF FARAMARZ MAMDOUHI
Conducted on October 24, 2006

24

1    A.    No, he got paid what he was worth.

2    Q.    Your testimony is you paid him by cash

3  because he didn't have a Social Security card?

4    A.    Exactly.

5    Q.    Did you keep records of cash you were

6  paying him?

7    A.    Not really because it was a set amount and

8  I didn't have any record.

9    Q.    How did you actually pay him?  Did you see

10 him and give him an envelope with cash in it?

11   A.    The thing is my partner would do the

12 payroll on Thursday night.

13   Q.    Your partner is?

14   A.    My partner, Mehdi Nezam and he was, he

15 would prepare payroll and put his money in the

16 envelope and sometimes with the help of the

17 bookkeeper then would bring it to the store on

18 Friday morning and hand the envelope to him.

19   Q.    He would be paid every Friday?

20   A.    Every other.

21   Q.    He would be paid twice the weekly amount

DEPOSITION OF FARAMARZ MAMDOUHI
Conducted on October 24, 2006

36

```
1              BY MR. ZIPIN:
2        Q.    Is Mani, today, is he still working for
3    you?
4        A.    Not for me, no.
5        Q.    Is he working at the store?
6        A.    As far as I know, he does.
7        Q.    You said you paid Kumara in cash every two
8    weeks.  Is that right?
9        A.    Correct.
10       Q.    There was never any withholding or taxes
11   or Social Security.  Right?
12       A.    Yes.
13       Q.    How long have you been in the dry cleaning
14   business?
15       A.    Since 1982.
16       Q.    You are familiar with record-keeping
17   requirements of, required of people in business?
18       A.    I thought I did, but apparently, I was
19   wrong.
20       Q.    What do you mean?
21       A.    By not keeping daily schedules, I found
```

DEPOSITION OF FARAMARZ MAMDOUHI
Conducted on October 24, 2006

37

1  out after, you know, called by D.C. pay wages

2  department.

3      Q.   You are saying now you need to keep track

4  of employees who are hourly?

5      A.   Yes.

6      Q.   Do you need to keep payroll records, as

7  well?

8      A.   Yes.

9      Q.   For all employees?

10     A.   Correct.

11     Q.   When did you first became aware you needed

12 to keep payroll records?

13     A.   Yes, when I talked to Ms. Price in D.C.

14 government.

15     Q.   You are saying for 20 years or so you

16 didn't know you had to keep payroll records?

17     A.   Payroll records, we kept payroll company

18 also, have all the forms, but not daily, hourly,

19 what time to what time for two, three years ago,

20 payroll records we always kept.

21     Q.   Were there other employees beside Kumara

DEPOSITION OF FARAMARZ MAMDOUHI
Conducted on October 24, 2006

38

1  who were paid in cash?

2       MR. EMIG:  Objection.  You can answer.

3       THE WITNESS:  There were one or two before

4  that, yes, if I recall.

5       BY MR. ZIPIN:

6    Q.   Who were they?

7    A.   One of them was Ortega, I don't remember

8  the name, his girlfriend or wife, they were telling

9  me was his wife.

10   Q.   Ortega?

11   A.   I thought it was.

12   Q.   What was her position with the company?

13   A.   She was presser, shirt presser.

14   Q.   Why was it that Ortega was paid in cash?

15   A.   Same situation, she did not have the

16 paperwork and no Social Security.

17   Q.   You said there might have been another

18 person who was paid in cash?

19   A.   I don't remember who exactly it was, in

20 all these years, might have been, yeah.

21   Q.   So the other person you are thinking of

DEPOSITION OF FARAMARZ MAMDOUHI
Conducted on October 24, 2006

39

1   you can't remember specifics, was also the same

2   thing, someone without a Social Security number?

3       A.   Must have been, I don't remember.

4       Q.   Was there any other reason why you paid

5   someone in cash and not a payroll check?

6       A.   Must have been their request, either they

7   didn't have it or just had some issues, as far as,

8   I can't say there was any other reason.

9       Q.   You mentioned Ute a few minutes ago.

10          When was Ute hired?

11      A.   I think it was in June of 2004.

12      Q.   What was Ute's position?

13      A.   He came to help Kumara, to get some of his

14  duties away from him because he was telling me he

15  had too many things to do.

16      Q.   So did he have a job title?

17      A.   Manager in front, dealing with customer

18  basically, mostly.

19      Q.   So from June of 2004, how long did Ute

20  work for you?

21      A.   April of 2005.