## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSHAN KUMARA MALALGODAPITIYA | : | |
| | : | |
| *On Behalf of Himself and* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: RJL-CV-06-430 |
| | : | |
| JAAM, LTD. | : | |
| t/a PARKLANE CLEANERS, *et al*. | : | |
| | : | |
| Defendants. | : | |

## CONSENT MOTION TO CONTINUE HEARING

Comes now the Plaintiff, through undersigned counsel, with the consent of Defendants, and hereby moves this Honorable Court to change the hearing date set by this Court for June 19, 2008 at 4:00pm on Plaintiff's Motion to Quash Deposition Subpoena.  In support, Plaintiff states that undersigned counsel will be in Tallahassee, Florida on another matter on June 19 and will be unavailable for the hearing on that day.

Counsel for the parties have conferred, and are available for a hearing on the Motion on the following dates and times:

      Thursday, June 12, 2008      any time

      Monday, June 16, 2008      any time

      Tuesday, June 17      after 11:00am

Given that the deposition subpoena issued by Defendants contains a return date of June 23, 2008, a continuance for a date after June 19 would be impracticable.

2

WHEREFORE, Plaintiff requests that this Honorable Court grant this motion and conduct the hearing on the Motion to Quash Deposition Subpoena on one of the dates/times set forth above.

Respectfully submitted,

_____/s/_____
Philip B. Zipin, Bar No. 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
pzipin@zipinlaw.com

***Counsel for Plaintiff***