**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSHAN KUMARA MALALGODAPITIYA : | |
| *On Behalf of Himself and* : | |
| *All Others Similarly Situated* : | |
| Plaintiff, : | |
| v. : | Case No.: RJL-CV-06-430 |
| JAAM, LTD. : | |
| t/a PARKLANE CLEANERS, *et al*. : | |
| Defendants. : | |

## ORDER

UPON CONSIDERATION of the foregoing Consent Motion to Continue Hearing, and the record herein, it is ____day of _____, 200__, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that that the hearing on Plaintiff's Motion to Quash Deposition Subpoena shall be held on the _____ day of June, 2008 at ____ o'clock am/pm.

_____
The Honorable Judge Richard J. Leon,
U.S. District Court for the District of Columbia